| | |
|---|---|
| **REQUESTOR'S NAME:** | Matthew D. Resnik 182562 |
| **ADDRESS:** | 510 West 6th Street, Suite 1220<br>Los Angeles, CA 90014 |
| **TELEPHONE NO.:** | (213)572-0800 Fax: (213)572-0860 |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re<br><br>Bronson Alcott Pinchot | CASE NO.: 2:15-bk-14422-SK |
|---|---|
| | Chapter 7 ☐    11 ☐    13 ☒ |
| | **CHANGE OF ADDRESS** |
| | ☒ DEBTOR<br>☐ CREDITOR    **CHECK ONLY ONE** |

(Please print or type)

**NAME:** Bronson Alcott Pinchot

**NEW MAILING ADDRESS:** 613 Charter Oak Street

South Pasadena, CA 91030

**Dated:** April 22, 2015

_[signature]_
Signature

Legal ASsistant
Title (Corporation officer, partner or agent)

**All future notices shall be sent to the above address.**

B-1098
Revised 04/10

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
15233 Ventura Blvd., Suite 250
Sherman Oaks, CA 91343

A true and correct copy of the foregoing document entitled (*specify*): __Debtor's Change of Address__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __April 22, 2015__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Chapter 13 Trustee, Kathy Dockery: efiling@CH13LA.com
United States Trustee: ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __April 22, 2015__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Bronson Pinchot, 613 Charter Oak Street, South Pasadena, CA 91030

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 23, 2015 | Maria Diaz | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                      F 9013-3.1.PROOF.SERVICE