| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Matthew D. Resnik (SBN 182562)<br>Sylvia Renee Sawyer Blume (SBN 180143)<br>510 West 6th Street, Suite 1220<br>Los Angeles, CA 90014<br>(213)572-0800 Fax: (213)572-0860<br>matt@srhlawfirm.com<br>renee@srhlawfirm.com<br>☐ Individual appearing without attorney<br>☑ Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Bronson Alcott Pinchot<br><br><br><br><br>Debtor(s) | Case No. 2:15-bk-14422-SK<br>Chapter 13<br><br><br><br>SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(C)] |
|---|---|

A filing fee is required to amend Schedules D, E, or F (see <u>Abbreviated Fee Schedule</u> on the Court's website <u>www.cacb.uscourts.gov</u>). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or F. Are one or more creditors being added? ☐ Yes    ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A      ☐ Schedule B      ☐ Schedule C      ☐ Schedule D      ☐ Schedule E

☐ Schedule F      ☐ Schedule G      ☐ Schedule H      ☐ Schedule I      ☐ Schedule J

☐ Master Mailing List      ☐ Statement of Social Security Number(s)      ☐ Statement of Financial Affairs

☐ Statement of Intention      ☑ (specify)  AMENDED Form 22C-1 - Chapter 13 Statement of Current Monthly Income

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    September 29, 2015

_Bronson Alcott Pinchot_
Debtor's Signature


Co-Debtor's Signature, if applicable.


<u>NOTE:</u> It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

| Fill in this information to identify your case: | Check as directed in lines 17 and 21: |
|---|---|

**Fill in this information to identify your case:**

Debtor 1 __Bronson Alcott Pinchot__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Central District of California__

Case number __2:15-bk-14422-SK__
(if known)

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

☐ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

■ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☐ 3. The commitment period is 3 years.

■ 4. The commitment period is 5 years.

■ Check if this is an amended filing

# Official Form 22C-1
# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1:    Calculate Your Average Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ■ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ _____ |
| 5. | **Net income from operating a business, profession, or farm** | | |

5.

Gross receipts (before all deductions)    $ __10,184.00__

Ordinary and necessary operating expenses    -$ __0.00__

Net monthly income from a business, profession, or farm    $ __10,184.00__    Copy here -> $ __10,184.00__    $ _____

6. **Net income from rental and other real property**

Gross receipts (before all deductions)    $ __0.00__

Ordinary and necessary operating expenses    -$ __0.00__

Net monthly income from rental or other real property    $ __0.00__    Copy here -> $ __0.00__    $ _____

Debtor 1 **Bronson Alcott Pinchot**  Case number *(if known)* **2:15-bk-14422-SK**

| | *Column A*<br>Debtor 1 | *Column B*<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ |
| 8. **Unemployment compensation** | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you  $ 0.00

For your spouse  $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.   $ 0.00   $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

| 10a. **Residuals** | $ 1,251.96 | $ |
| 10b. _____ | $ 0.00 | $ |
| 10c. Total amounts from separate pages, if any. | + $ 0.00 | $ |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ **11,435.96**  + $ _____  = $ **11,435.96**

**Total average monthly income**

---

**Part 2:**  **Determine How to Measure Your Deductions from Income**

12. Copy your total average monthly income from line 11.   $ **11,435.96**

13. **Calculate the marital adjustment.** Check one:

☑ You are not married. Fill in 0 on line 3d.

☐ You are married and your spouse is filing with you. Fill in 0 on line 13d.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

In lines 13a-c, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 on line 13d.

| 13a. _____ | $ _____ |
| 13b. _____ | $ _____ |
| 13c. _____ | + $ _____ |
| 13d. Total | $ 0.00 |

Copy here=> 13d.  _ 0.00

14. **Your current monthly income.** Subtract line 13d from line 12.   14. $ **11,435.96**

---

15. **Calculate your current monthly income for the year.** Follow these steps:

15a. Copy line 14 here=>   15a. $ **11,435.96**

Multiply line 15a by 12 (the number of months in a year).   x 12

15b. The result is your current monthly income for the year for this part of the form.   15b. $ **137,231.52**

---

Debtor 1   __Bronson Alcott Pinchot__                              Case number (if known)   __2:15-bk-14422-SK__

16. Calculate the median family income that applies to you. Follow these steps:

   16a. Fill in the state in which you live.           __CA__

   16b. Fill in the number of people in your household.    __1__

   16c. Fill in the median family income for your state and size of household.        16c.  $    __49,185.00__

       To find a list of applicable median income amounts, go online using the link specified in the separate
       instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. How do the lines compare?

   17a. ☐ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11
        U.S.C. § 1325(b)(3)*. Go to Part 3. DO NOT fill out *Calculation of Disposable Income* (Official Form 22C-2).

   17b. ☒ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. §
        1325(b)(3)*. Go to Part 3 and fill out *Calculation of Disposable Income* (Official Form 22C-2). On line 39 of that form, copy your
        current monthly income from line 14 above.

**Part 3:**   Calculate Your Commitment Period Under 11 U.S.C. §1325(b)(4)

18. Copy your total average monthly income from line 11 .        18.  $    __11,435.96__

19. Deduct the marital adjustment if it applies. If you are married, your spouse is not filing with you, and you contend
that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's
income, copy the amount from line 13d.

   If the marital adjustment does not apply, fill in 0 on line 19a.        19a.–$    __0.00__

   Subtract line 19a from line 18.        19b.  $    __11,435.96__

20. Calculate your current monthly income for the year. Follow these steps:

   20a. Copy line 19b.        20a.  $    __11,435.96__

      Multiply by 12 (the number of months in a year).        x 12

   20b. The result is your current monthly income for the year for this part of the form.        20b.  $    __137,231.52__

   20c. Copy the median family income for your state and size of household from line 16c.        $    __49,185.00__

21. How do the lines compare?

    ☐ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period
       is 3 years*. Go to Part 4.

    ☒ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The
       commitment period is 5 years*. Go to Part 4.

**Part 4:**   Sign Below

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X _____

  Bronson Alcott Pinchot
  Signature of Debtor 1

Date __September 29, 2015__
    MM / DD / YYYY

If you checked 17a, do NOT fill it out or file Form 22C-2.

If you checked 17b, fill out Form 22C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

Debtor 1   **Bronson Alcott Pinchot** _____   Case number (if known)   **2:15-bk-14422-SK**

16. **Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.   **CA**

16b. Fill in the number of people in your household.   **1**

16c. Fill in the median family income for your state and size of household.   16c.   $   **49,185.00**
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

17a. ☐ Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* Go to Part 3. Do NOT fill out *Calculation of Disposable Income* (Official Form 22C-2).

17b. ☒ Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* Go to Part 3 and fill out *Calculation of Disposable Income* (Official Form 22C-2). On line 39 of that form, copy your current monthly income from line 14 above.

**Part 3**   **Calculate Your Commitment Period Under 11 U.S.C. §1325(b)(4)**

18. Copy your total average monthly income from line 11 .   18.   $   **11,435.96**

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13d.

If the marital adjustment does not apply, fill in 0 on line 19a.   19a.   -$   **0.00**

Subtract line 19a from line 18.   19b.   $   **11,435.96**

20. **Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b   20a.   $   **11,435.96**

Multiply by 12 (the number of months in a year).   x 12

20b. The result is your current monthly income for the year for this part of the form.   20b.   $   **137,231.52**

20c. Copy the median family income for your state and size of household from line 16c.   $   **49,185.00**

21. **How do the lines compare?**

☐ Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

☒ Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

**Part 4**   **Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X _____
**Bronson Alcott Pinchot**
Signature of Debtor 1

Date  **September 29, 2015**
MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 22C-2.

If you checked 17b, fill out Form 22C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bronson Alcott Pinchot** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known) | **2:15-bk-14422-SK** |

■ Check if this is an amended filing

Official Form 22C-2

# Chapter 13 Calculation of Your Disposable Income

12/14

To fill out this form, you will need your completed copy of *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period* (Official Form 22C-1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form, include the line number to which additional information applies. On the top any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Deductions from Your Income |
|---|---|

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not include any operating expenses that you subtracted from income in lines 5 and 6 of Form 22C–1, and do not deduct any amounts that you subtracted from your spouse's income in line 13 of Form 22C–1.

If your expenses differ from month to month, enter the average expense.

Note: Line numbers 1-4 are not used in this form. These numbers apply to information required by a similar form used in chapter 7 cases.

5.    **The number of people used in determining your deductions from income**

Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

| 1 |
|---|

**National Standards**        You must use the IRS National Standards to answer the questions in lines 6-7.

6.    **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.        $ _____ 583.00

7.    **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories--people who are under 65 and people who are 65 or older--because older people have a higher IRS allowance for health car costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

Debtor 1    **Bronson Alcott Pinchot**                              Case number *(if known)*    **2:15-bk-14422-SK**

**People who are under 65 years of age**

   7a.  Out-of-pocket health care allowance per person       $        60

   7b.  Number of people who are under 65       X        1

   7c.  **Subtotal.** Multiply line 7a by line 7b.       $       60.00       Copy line 7c here=>   $      60.00

**People who are 65 years of age or older**

   7d.  Out-of-pocket health care allowance per person       $       144

   7e.  Number of people who are 65 or older       X        0

   7f.  Subtotal. Multiply line 7d by line 7e.       $        0.00       Copy line 7f here=>   $       0.00

   7g.  **Total.** Add line 7c and line 7f       $       60.00       Copy total here=> 7g.  $      60.00

**Local Standards**   You must use the IRS Local Standards to answer the questions in lines 8-15.

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**
Housing and utilities - Insurance and operating expenses
housing and utilities - Mortgage or rent expenses

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart. To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.**

8.    **Housing and utilities - Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.       $      447.00

9.    **Housing and utilities - Mortgage or rent expenses:**

   9a.  Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.       $     1,823.00

   9b.  Total average monthly payment for all mortgages and other debts secured by your home.

     To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Next divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| -NONE- | $ |

     9b. Total average monthly payment       $        0.00       Copy line 9b here=>  -$       0.00       Repeat this amount on line 33a.

   9c.  Net mortgage or rent expense.

     Subtract line 9b *(total average monthly payment)* from line 9a *(mortgage or rent expense)*. If this number is less than $0, enter $0.       9c.  $     1,823.00       Copy line 9c here=>   $     1,823.00

10.   **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**       $        0.00

   Explain why: _____

Debtor 1    **Bronson Alcott Pinchot**                                    Case number *(if known)*    **2:15-bk-14422-SK**

---

11.  **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

☐ 0. Go to line 14.

■ 1. Go to line 12.

☐ 2 or more. Go to line 12.

12.  **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.    $    **295.00**

---

13.  **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

**Vehicle 1    Describe Vehicle 1:** _____

13a.  Ownership or leasing costs using IRS Local Standard    13a.    $    0.00

13b.  Average monthly payment for all debts secured by Vehicle 1.
Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then dived by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| -NONE- | $ _____ |

Copy 13b here =>    -$    0.00    Repeat this amount on line 33b.

13c.  Net Vehicle 1 ownership or lease expense
Subtract line 13b from line 13a. if this amount is less than $0, enter $0.    13c.    $    0.00    Copy net Vehicle 1 expense here => $    0.00

**Vehicle 2    Describe Vehicle 2:** _____

13d.  Ownership or leasing costs using IRS Local Standard    13d.    $    0.00

13e.  Average monthly payment for all debts secured by Vehicle 2. Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| _____ | $ _____ |

Copy 13e here =>    -$    0.00

13f.  Net Vehicle 2 ownership or lease expense
Subtract line 13e from line 13d. if this number is less than $0, enter $0.    13f.    $    0.00    Copy net Vehicle 2 expense here => $    0.00

14.  **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.    $    0.00

15.  **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*.    $    0.00

---

| Debtor 1 | **Bronson Alcott Pinchot** | Case number (*if known*) | **2:15-bk-14422-SK** |
|---|---|---|---|

| | **Other Necessary Expenses** | In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. | | |
|---|---|---|---|---|
| 16. | **Taxes:** The total monthly amount that you will actually pay for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes. Do not include real estate, sales, or use taxes. | | $ | 0.00 |
| 17. | **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs. Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings. | | $ | 0.00 |
| 18. | **Life Insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance. Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term. | | $ | 0.00 |
| 19. | **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments. Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35. | | $ | 0.00 |
| 20. | **Education:** The total monthly amount that you pay for education that is either required: as a condition for your job, or for your physically or mentally challenged dependent child if no public education is available for similar services. | | $ | 0.00 |
| 21. | **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool. Do not include payments for any elementary or secondary school education. | | $ | 0.00 |
| 22. | **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7. Payments for health insurance or health savings accounts should be listed only in line 25. | | $ | 586.66 |
| 23. | **Optional telephone and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer. Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 22C-1, or any amount you previously deducted. | | +$ | 250.00 |
| 24. | **Add all of the expenses allowed under the IRS expense allowances.** Add lines 6 through 23. | | $ | 4,044.66 |
| | **Additional Expense Deductions** | These are additional deductions allowed by the Means Test. *Note:* Do not include any expense allowances listed in lines 6-24. | | |
| 25. | **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents. | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Health insurance | $ | 278.00 | | | |
| | Disability insurance | $ | 0.00 | | | |
| | Health savings account | + $ | 0.00 | | | |
| | Total | $ | 278.00 | Copy total here=> | $ | 278.00 |

Do you actually spend this total amount?
☐ No. How much do you actually spend?    $ _____
■ Yes

| 26. | **Continued contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ | 0.00 |
|---|---|---|---|
| 27. | **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply. By law, the court must keep the nature of these expenses confidential. | $ | 0.00 |

Debtor 1    **Bronson Alcott Pinchot** _____    Case number (if known)    **2:15-bk-14422-SK**

28. **Additional home energy costs.** Your home energy costs are included in your non-mortgage housing and utilities allowance on line 8.

   If you believe that you have home energy costs that are more than the home energy costs included in the non-mortgage housing and utilities allowance, then fill in the excess amount of home energy costs.

   You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.    $ _____ 0.00

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $156.25* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.

   You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

   * Subject to adjustment on 4/01/16, and every 3 years after that for cases begun on or after the date of adjustment.    $ _____ 0.00

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.

   To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

   You must show that the additional amount claimed is reasonable and necessary.    $ _____ 0.00

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 11 U.S.C. § 548(d)3 and (4).    $ _____ 0.00

32. **Add all of the additional expense deductions**
   Add lines 25 through 31.    $ _____ 278.00

**Deductions for Debt Payment**

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33g.**

   To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| | | Average monthly payment |
|---|---|---|
| | Mortgages on your home | |
| 33a. | Copy line 9b here    => | $ _____ 0.00 |
| | Loans on your first two vehicles | |
| 33b. | Copy line 13b here    => | $ _____ 0.00 |
| 33c. | Copy line 13e here    => | $ _____ 0.00 |

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| 33d. -NONE- _____ | _____ | ☐ No  ☐ Yes | $ _____ |
| 33e. _____ | _____ | ☐ No  ☐ Yes | $ _____ |
| 33f. _____ | _____ | ☐ No  ☐ Yes  + | $ _____ |

| | | | | Copy total here=> | |
|---|---|---|---|---|---|
| 33g. | Total average monthly payment. Add lines 33a through 33f | $ _____ 0.00 | | | $ _____ 0.00 |

Debtor 1    **Bronson Alcott Pinchot**                                   Case number *(if known)*    **2:15-bk-14422-SK**

**34. Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☐ No.   Go to line 35.

■ Yes.   State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | | Monthly cure amount |
|---|---|---|---|---|---|
| **Internal Revenue Service** | **All Unencumbered Assets Listed in Schedules A & B** | $ 64,262.00 | ÷ 60 = $ | | 1,071.03 |
| | | $ | ÷ 60 = $ | | |
| | | $ | ÷ 60 = +$ | | |
| | Total | $ 1,071.03 | Copy total here=> | $ | 1,071.03 |

**35. Do you owe any priority claims - such as a priority tax, child support, or alimony - that are past due as of the filing date of your bankruptcy case? 11 U.S.C. § 507.**

☐ No.   Go to line 36.

■ Yes.   Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims    $ 4,831.00    ÷ 60    $    80.52

**36. Projected monthly Chapter 13 plan payment**    $ 1,574.00

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).
To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

X    11.00

Average monthly administrative expense    $ 173.14   Copy total here=>   $   173.14

**37. Add all of the deductions for debt payment.**
Add lines 33g through 36.    $ 1,324.69

**Total Deductions from Income**

**38. Add all of the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS expense allowances*    $ 4,044.66

Copy line 32, *All of the additional expense deductions*    $ 278.00

Copy line 37, *All of the deductions for debt payment*    +$ 1,324.69

Total deductions    $ 5,647.35    Copy total here=>    $ 5,647.35

Debtor 1    **Bronson Alcott Pinchot**    Case number (if known)    **2:15-bk-14422-SK**

| Part 2: | Determine Your Disposable Income Under 11 U.S.C. § 1325(b)(2) |
|---|---|

39. Copy your total current monthly income from line 14 of Form 22C-1, *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period* ........ $ **11,435.96**

40. **Fill in any reasonably necessary income you receive for support for dependent children.** The monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I of Form 22C-1, that you received in accordance with applicable nonbankruptcy law to the extent reasonably necessary to be expended for such child. ........ $ **0.00**

41. **Fill in all qualified retirement deductions.** The monthly total of all amounts that your employer withheld from wages as contributions for qualified retirement plans, as specified in 11 U.S.C. § 541(b)(7) plus all required repayments of loans from retirement plans, as specified in 11 U.S.C. § 362(b)(19). ........ $ **0.00**

42. **Total of all deductions allowed under 11 U.S.C. § 707(b)(2)(A).** Copy line 38 here.    => $ **5,647.35**

43. **Deduction for special circumstances.** If special circumstances justify additional expenses and you have no reasonable alternative, describe the special circumstances and their expenses. You must give your case trustee a detailed explanation of the special circumstances and documentation for the expenses.

**Describe the special circumstances**        **Amount of expense**

43a. **Comissions and expenses**        $ **6,110.24**

43b. _____        $ _____

43c. _____        $ _____

43d. **Total.** Add lines 43a through 43c.      $ **6,110.24**    Copy 43d here=> $ **6,110.24**

44. **Total adjustments.** Add lines 40 through 43d.    => $ **11,757.59**    Copy total here=> -$ **11,757.59**

45. **Calculate your monthly disposable income under § 1325(b)(2).** Subtract line 44 from line 39.      $ **-321.63**

| Part 3: | Change in Income or Expenses |
|---|---|

46. **Change in income or expenses.** If the income in Form 22C-1 or the expenses you reported in this form have changed or are virtually certain to change after the date you filed your bankruptcy petition and during the time your case will be open, fill in the information below. For example, if the wages reported increased after you filed your petition, check 22C-1 in the first column, enter line 2 in the second column, explain why the wages increased, fill in when the increase occurred, and fill in the amount of the increase.

| Form | Line | Reason for change | Date of change | Increase or decrease? | Amount of change |
|---|---|---|---|---|---|
| ☐ 22C-1 | | | | ☐ Increase | |
| ☐ 22C-2 | _____ | _____ | _____ | ☐ Decrease | $ _____ |
| ☐ 22C-1 | | | | ☐ Increase | |
| ☐ 22C-2 | _____ | _____ | _____ | ☐ Decrease | $ _____ |
| ☐ 22C-1 | | | | ☐ Increase | |
| ☐ 22C-2 | _____ | _____ | _____ | ☐ Decrease | $ _____ |
| ☐ 22C-1 | | | | ☐ Increase | |
| ☐ 22C-2 | _____ | _____ | _____ | ☐ Decrease | $ _____ |

Debtor 1  **Bronson Alcott Pinchot**                     Case number *(if known)*  **2:15-bk-14422-SK**

| | |
|---|---|
| **Part 4:** | **Sign Below** |

By signing here, under penalty of perjury you declare that the information on this statement and in any attachments is true and correct.

X _____

**Bronson Alcott Pinchot**
Signature of Debtor 1

Date  **September 29, 2015**
MM / DD / YYYY

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**510 West 6th Street, Suite 1220**
**Los Angeles, CA 90014**

A true and correct copy of the foregoing document entitled: **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:**
On (date) _9-30-15_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| **September 30, 2015** | **Andres Ochoa** | _[signature]_ |
| Date | Printed Name | Signature |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                                                   F 1007-1.1.Amended.Summary

Bronson Alcott Pinchot
613 Charter Oak Street
South Pasadena, CA 91030


Matthew D. Resnik
Simon Resnik Hayes LLP
510 West 6th Street, Suite 1220
Los Angeles, CA 90014


AAS Debt Recovery Inc
PO Box 129
Monroeville, PA 15146


Ability Recovery
PO Box 4031
Wyoming, PA 18644


American Arbitration Association
950 Warren Avenue
East Providence, RI 02914


Associated Credit Services
Attn: Data Processing Dept
115 Flanders Road, Suite 140;
PO Box 517
Westborough, MA 01581


Brennan & Clark LTD
721 E Madison, Ste. 200
Villa Park, IL 60181


Caine & Weiner
1699 E Woodfield Road
Schaumburg, IL 60173

Chapter 13 Trustee
Kathleen Dockery
700 South Flower St., Ste. 1950
Los Angeles, CA 90051


CIR, Law Offices, LLP
8665 Gibbs Drive, Suite 150
San Diego, CA 92123


Citibank
Attn: Centralized Bankruptcy
PO Box 20363
Kansas City, MO 64195


Collection Bureau of Hudson Valley
155 N Plank Road
Newburgh, NY 12550


Creditech/CBALV
Attn: Collections
PO Box 99
Bangor, PA 18013


Debt Alert
77 Hartland Street, Ste 401
PO Box 280431
East Hartford, CT 06128-0431


First Citizens Community Bank
Attn: Loan Central Dept
1163 S Main Street
Mansfield, PA 16933


First National Bank
fka Community Bank & Trust
4140 East State Street
Hermitage, PA 16148

First National Bank of PA
414 East State St.
Hermitage, PA 16148


First National Bank of PA
125 N State Street
Clarks Summit, PA 18411


Franchise Tax Board
Attn: Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952


G.H. Harris Associates Inc
PO Box 216
Dallas, PA 18612


Harford Township
c/o Kreder Brooks hailstone LLP
220 Penn Avenue, Ste 200
Scranton, PA 18503


Harford Township
PO Box 1
4514 State Route 547
Harford, PA 18823


Harford Township
PO Box 1
5414 State Route 547
Harford, PA 18823


Harford Township Supervisors
PO Box 1
Harford, PA 18823

Hourigan, Kluger & Quinn
Law Offices
600 Third Avenue
Kingston, PA 18704-5815

HSBC Bank
P.O. Box 1393
Buffalo, NY 14240-1393

Hunt & Henriques
151 Bernal Road, Suite 8
San Jose, CA 95119-1306

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jessica Miller, Tax Collector
334 Miller Road
New Milford, PA 18834

Kabbage, Inc.
730 Peachtree Street, Ste 350
Atlanta, GA 30308

L.J. Ross Associates, Inc.
PO Box 6099
Jackson, MI 49204-6099

Mirabito Energy
PO Box 5306
Attn: Jeff Pilarchik
Binghamton, NY 13902

Mosebach, Funt, Dayton & Duckworth
PO Box 20770
Lehigh Valley, PA 18002-0770


NEP
720 Main Street
PO Box D
Forest City, PA 18421


Northland Group
P.O. Box 390846
Minneapolis, MN 55439


Office of the United States Trustee
915 Wilshire Blvd., Ste 1850
Los Angeles, CA 90017


Palmatier Enterprises
371 Labzentis Road
Montrose, PA 18801


Penelec
PO Box 16001
Reading, PA 19612-6001


Penn Credit Corporation
916 S 14th Street
Harrisburg, PA 17104


Pennsylvania Department of Revenue
PO Box 280432
Harrisburg, PA 17128-0432

Portfolio Recovery
Attn: Bankruptcy
PO Box 41067
Norfolk, VA 23541


Ramond C. Davis, Esq.
181 Maple St.
Montrose, PA 18801


Revenue Group
PO Box 93983
Cleveland, OH 44101-5983


RMS
P.O. Box 20410
Lehigh Valley, PA 18002


State Farm Financial Services
Attn: Bankruptcy
PO Box 2328
Bloomington, IL 61702


Superior Court of California
Southeast District
12720 Norwalk Blvd
Norwalk, CA 90650


Superior Plus Energy Services
PO Box 1365; Dept 3
Buffalo, NY 14240-1365


Surgical Associates PC
161 Riverside Drive, Ste 210
Binghamton, NY 13905-4178

Susquehanna County Court House
105 Maple Street
Montrose, PA 18801


Tax Claim Bureau
PO Box 218
Montrose, PA 18801


The North-Eastern Pennsylvania
Telephone Company
720 Main Street
PO Box D
Forest City, PA 18421


The United States of America
Internal Revenue Service
Office of Chief Counsel
701 Market Street
Philadelphia, PA 19106


Timothy C Button Tax Collector
2071 Grinnell Road
New Milford, PA 18834


United States Postal Service
P.O. Box 21888
Eagan, MN 55121-0888


Vector Security
23 Casey Avenue
Wilkes Barre, PA 18702