Matthew D. Resnik SBN-182562
Sylvia Renee Sawyer Blume SBN-180143
Simon Resnik Hayes LLP
510 W. 6th Street, Suite 1220
Los Angeles, CA 90014
Telephone: (213) 572-0800
Facsimile: (213) 572-0860
email: matt@srhlawfirm.com
email: renee@srhlawfirm.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

In re

BRONSON ALCOTT PINCHOT,

Debtor(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CHAPTER   13
CASE NO.:  2:15-bk-14422-SK

**REPLY TO OBJECTION TO
CONFIRMATION OF FIRST NATIONAL
BANK OF PENNSYLVANIA;
DECLARATION OF BRONSON ALCOTT
PINCHOT IN SUPPORT THEREOF**

Date: November 5, 2015
Time: 10:00 AM
Location: Courtroom 1575
    255 East Temple Street
    Los Angeles, CA 90012

TO: THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY

JUDGE, CHAPTER 13 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:

Notice is hereby given that Bronson Alcott Pinchot (hereinafter "Debtor") hereby

replies to First National Bank of Pennsylvania's (hereinafter "Creditor") Objection to

Confirmation of Debtor's Chapter 13 Plan and Request for denial of confirmation.

//

//

I. **STATEMENT OF FACTS**

1.      The Debtor filed the instant Chapter 13 Bankruptcy on March 23, 2015, Case Number 2:15-bk-14422-SK in order to reorganize his debts.

2.      The Debtor has amended the form 22C-1 (Chapter 13 Statement of Current Monthly Income) to more accurately reflect the income, expenses and claims.

3.      The Debtor has provided the Chapter 13 Trustee with extensive documentation of income for the past eleven months.  The Debtor affirms that income is stable and he has the ability to fund a plan as evidenced by his Amended Schedules I and J.

4.      The Debtor has amended his Chapter 13 Plan to provide for unsecured claims as filed.

5.      The Debtor has amended his Chapter 13 Plan to delete the provision that Debtor Attorney would be paid upon conversion.

6.      The Court has allowed and Debtor has not objected to the late-filed objection to confirmation by Creditor.

II. **THE AMENDMENTS TO THE DEBTOR'S 22C-1, SCHEDULES AND PLAN RESOLVE THE CREDITOR OBJECTIONS.**

A. **The Debtor's Amended 22C-1 does not require payment to unsecured creditors.**

The Creditor objected to confirmation because the initial 22C-1 (Chapter 13 Statement of Current Monthly Income) indicated that funds should be paid to unsecured creditors.  This calculation was done prior to the Internal Revenue Service's proof of claim being filed.  The Means test has been amended to more accurately reflect the income, expenses and claims.

//

//

**B. The Debtor's Amended Schedules I and J together with evidence provided to the Chapter 13 Trustee show eligibility.**

The Creditor objected to confirmation because the Statement of Financial Affairs showed variability in income. The Debtor has provided the Chapter 13 Trustee with eleven months of support to show stable income. The Debtor has amended Schedules I and J to summarize the information provided to the Chapter 13 Trustee.

**C. The Debtor's Amended Plan indicates payment of unsecured claims.**

The Debtor has filed a 1st Amended Chapter 13 Plan to provide 1% to unsecured creditors; this would include any deficiency claims made by the bank. The decrease in percent to unsecured creditors is due to a substantial tax lien. The Debtor understands that there may be deficiency claims on the surrendered properties that would be included in the plan. If these future contingent and unliquidated claims make the Debtor's plan infeasible, the Debtor would be under an obligation to resolve the infeasibility.

**D. The Debtor has amended his plan to delete the provision that attorney fees would be paid upon conversion.**

The Debtor has filed a 1st Amended Chapter 13 Plan that deletes the provision that attorney fees would be paid upon conversion.

**E. The Debtor has not objected to the Creditor's claim due to its lateness.**

The Debtor understands the Creditor's concern that their objection not be overruled due to its lateness. The Debtor is not objecting to the Creditor's Objection to Confirmation based on the lateness of the filing.

//

//

## III. **CONCLUSION**

The Debtor requests that Creditor Objections be overruled, his plan be confirmed and he receive the benefit and protection of Chapter 13 and his creditors be paid.

DATED:        September 29, 2013        By: _____
                                             Sylvia Renee Sawyer Blume

**DECLARATION OF BRONSON ALCOTT PINCHOT IN SUPPORT OF RESPONSE TO FIRST NATIONAL BANK OF PENNSYLVANIA'S OBJECTION TO CONFIRMATION**

I, Bronson Alcott Pinchot, do hereby declare that all of the following is true and correct to the best of my personal knowledge and if called upon as a witness I could and would competently testify to the truthfulness of all the below statements.

1. I filed the instant Chapter 13 Bankruptcy on March 23, 2015, Case Number 2:15-bk-14422-SK in order to reorganize my debts.

2. I have amended the form 22C-1 (Chapter 13 Statement of Current Monthly Income) to more accurately reflect the income, expenses and claims. [A true and correct copy of is attached hereto and incorporated herein as Exhibit "A"].

3. I have provided the Chapter 13 Trustee with extensive documentation of income for the past eleven months. I affirm that income is stable and I have the ability to fund a plan as evidenced by my Amended Schedules I and J. [A true and correct copy of Amended Schedules I and J is attached hereto and incorporated herein as Exhibit "B"].

4. I have amended my Chapter 13 Plan to provide for unsecured claims as filed. [A true and correct copy of the 1st Amended Chapter 13 Plan is attached hereto and incorporated herein as Exhibit "C"].

5. The Debtor has amended his Chapter 13 Plan to delete the provision that Debtor Attorney would be paid upon conversion. *See* Exhibit "C".

6. The Court has allowed and I have not objected to the late-filed objection to confirmation by Creditor.

7. I request confirmation of my Chapter 13 plan.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 29, 2015, at Los Angeles California.

Bronson Alcott Pinchot

EXHIBIT A

## Miscellaneous:

2:15-bk-14422-SK Bronson Alcott Pinchot

Type: bk                    Chapter: 13 v                    Office: 2 (Los Angeles)
Assets: y                   Judge: SK

### U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Matthew D Resnik entered on 9/30/2015 at 10:57 AM PDT
and filed on 9/30/2015
**Case Name:**        Bronson Alcott Pinchot
**Case Number:**      2:15-bk-14422-SK
**Document Number:** 61

**Docket Text:**
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 5 Years
Form 22C-1. Disposable Income Is Determined (Official Form 22C-1) , Chapter 13 Calculation of Your
Disposable Income (Official Form B22C-2) *with proof of service* Filed by Debtor Bronson Alcott Pinchot.
(Resnik, Matthew)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Pinchot.amended.22c.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=9/30/2015] [FileNumber=80939620-
0] [5f91f47fafbec0349f40952e9cdc115df45cb5ab2a72bf3d020173dd4281abd7fa
50244912cbb9d9343244f0320c86e40bb5f690dac7163946cdc8fb98ccb1dc]]

**2:15-bk-14422-SK Notice will be electronically mailed to:**

Bob Benjy on behalf of Creditor First National Bank of Pennsylvania
bbenjy@frandzel.com, efiling@frandzel.com;sking@frandzel.com

Christopher D Crowell on behalf of Creditor First National Bank of Pennsylvania
ccrowell@frandzel.com, efiling@frandzel.com,dmoore@frandzel.com

Kathy A Dockery (TR)
efiling@CH13LA.com

Nancy L Lee on behalf of Creditor State Farm Bank, F.S.B
bknotice@rcolegal.com, nlee@rcolegal.com;RCO@ecf.inforuptcy.com

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Matthew D. Resnik (SBN 182562)<br>Sylvia Renee Sawyer Blume (SBN 180143)<br>510 West 6th Street, Suite 1220<br>Los Angeles, CA 90014<br>(213)572-0800 Fax: (213)572-0850<br>matt@srhlawfirm.com<br>renee@srhlawfirm.com<br>☐ Individual appearing without attorney<br>☑ Attorney for Debtor | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    Bronson Alcott Pinchot | Case No. 2:15-bk-14422-SK<br>Chapter 13 |
|---|---|
| <br><br><br>                          Debtor(s) | **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS**<br>**[LBR 1007-1(C)]** |

A filing fee is required to amend Schedules D, E, or F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or F. Are one or more creditors being added? ☐ Yes        ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A        ☐ Schedule B        ☐ Schedule C        ☐ Schedule D        ☐ Schedule E

☐ Schedule F        ☐ Schedule G        ☐ Schedule H        ☐ Schedule I        ☐ Schedule J

☐ Master Mailing List        ☐ Statement of Social Security Number(s)        ☐ Statement of Financial Affairs

☐ Statement of Intention        ☑ (specify)  AMENDED Form 22C-1 - Chapter 13 Statement of Current Monthly Income

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:      September 29, 2015

                                              Bronson Alcott Pinchot
                                              Debtor's Signature


                                              Co-Debtor's Signature, if applicable.

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

<table>
<tr><td>

Fill in this information to identify your case:

Debtor 1    **Bronson Alcott Pinchot**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Central District of California

Case number   **2:15-bk-14422-SK**
(if known)

</td><td>

Check as directed in lines 17 and 21:

According to the calculations required by this Statement:

☐ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☑ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☐ 3. The commitment period is 3 years.

☑ 4. The commitment period is 5 years.

☑ Check if this is an amended filing

</td></tr>
</table>

## Official Form 22C-1
## Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1:**  Calculate Your Average Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married.** Fill out both Columns A and B, lines 2-11.

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |
| 5. | **Net income from operating a business, profession, or farm** | | |

| 5. | Gross receipts (before all deductions) | $ 10,184.00 | | |
|---|---|---|---|---|
| | Ordinary and necessary operating expenses | -$ 0.00 | | |
| | Net monthly income from a business, profession, or farm | $ 10,184.00 | Copy here -> $ 10,184.00 | $ |

| 6. | **Net income from rental and other real property** | | | |
|---|---|---|---|---|
| | Gross receipts (before all deductions) | $ 0.00 | | |
| | Ordinary and necessary operating expenses | -$ 0.00 | | |
| | Net monthly income from rental or other real property | $ 0.00 | Copy here -> $ 0.00 | $ |

Debtor 1    **Bronson Alcott Pinchot**                                      Case number *(if known)*   **2:15-bk-14422-SK**

|  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 7. Interest, dividends, and royalties | $ 0.00 | $ |
| 8. Unemployment compensation | $ 0.00 | $ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | $ 0.00 | |
| For your spouse | $ | |

9. Pension or retirement income. Do not include any amount received that was a benefit under the Social Security Act.

| | $ 0.00 | $ |

10. Income from all other sources not listed above. Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

| 10a. Residuals | $ 1,251.96 | $ |
| 10b. | $ 0.00 | $ |
| 10c. Total amounts from separate pages, if any. | + $ 0.00 | $ |

11. Calculate your total average monthly income. Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

| | $ 11,435.96 | + $ | = $ 11,435.96 |

Total average monthly income

---

**Part 2:    Determine How to Measure Your Deductions from Income**

12. Copy your total average monthly income from line 11. ................................................    $  11,435.96

13. Calculate the marital adjustment. Check one:

☑ You are not married. Fill in 0 on line 3d.

☐ You are married and your spouse is filing with you. Fill in 0 in line 13d.

☐ You are married and your spouse is not filing with you.

   Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

   In lines 13a-c, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

   If this adjustment does not apply, enter 0 on line 13d.

| 13a. _____ | $ _____ | |
| 13b. _____ | $ _____ | |
| 13c. _____ | + $ _____ | |

| 13d. Total | $ 0.00 | Copy here => 13d. | - 0.00 |

14. Your current monthly income. Subtract line 13d from line 12.                14.  $  11,435.96

---

15. Calculate your current monthly income for the year. Follow these steps:

   15a. Copy line 14 here =>                                                      15a.  $  11,435.96

   Multiply line 15a by 12 (the number of months in a year).                           x 12

   15b. The result is your current monthly income for the year for this part of the form.    15b.  $  137,231.52

---

Debtor 1    __Bronson Alcott Pinchot_____    Case number (if known)    __2:15-bk-14422-SK__

16. Calculate the median family income that applies to you. Follow these steps:

16a. Fill in the state in which you live.    __CA__

16b. Fill in the number of people in your household.    __1__

16c. Fill in the median family income for your state and size of household.    16c.    $ ___49,185.00___
To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. How do the lines compare?

17a. ☐  Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11
U.S.C. § 1325(b)(3)*. Go to Part 3. Do NOT fill out *Calculation of Disposable Income* (Official Form 22C-2).

17b. ☒  Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. §
1325(b)(3)*. Go to Part 3 and fill out Calculation of Disposable Income (Official Form 22C-2). On line 39 of that form, copy your
current monthly income from line 14 above.

**Part 3    Calculate Your Commitment Period Under 11 U.S.C. §1325(b)(4)**

18. Copy your total average monthly income from line 11 .    18.  $    ___11,435.96___

19. Deduct the marital adjustment if it applies. If you are married, your spouse is not filing with you, and you contend
that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's
income, copy the amount from line 13d.

If the marital adjustment does not apply, fill in 0 on line 19a.    19a. –$    ___0.00___

Subtract line 19a from line 18.    19b.  $    ___11,435.96___

20. Calculate your current monthly income for the year. Follow these steps:

20a. Copy line 19b    20a.  $    ___11,435.96___

Multiply by 12 (the number of months in a year).    x 12

20b. The result is your current monthly income for the year for this part of the form    20b.  $    ___137,231.52___

20c. Copy the median family income for your state and size of household from line 16c    $    ___49,185.00___

21. How do the lines compare?

☐  Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period
is 3 years*. Go to Part 4.

☒  Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The
commitment period is 5 years*. Go to Part 4.

**Part 4    Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X _____

Bronson Alcott Pinchot
Signature of Debtor 1

Date __September 29, 2015__
MM / DD /YYYY

If you checked 17a, do NOT fill out or file Form 22C-2.

If you checked 17b, fill out Form 22C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

Fill in this information to identify your case:

Debtor 1    **Bronson Alcott Pinchot**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Central District of California

Case number    **2:15-bk-14422-SK**
(if known)

■ Check if this is an amended filing

Official Form 22C-2

# Chapter 13 Calculation of Your Disposable Income    12/14

To fill out this form, you will need your completed copy of *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form 22C-1).*

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which additional information applies. On the top any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Deductions from Your Income |
|---|---|

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not include any operating expenses that you subtracted from income in lines 5 and 6 of Form 22C–1, and do not deduct any amounts that you subtracted from your spouse's income in line 13 of Form 22C–1.

If your expenses differ from month to month, enter the average expense.

Note: Line numbers 1-4 are not used in this form. These numbers apply to information required by a similar form used in chapter 7 cases.

5.  **The number of people used in determining your deductions from income**

    Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.    | 1 |

**National Standards**    You must use the IRS National Standards to answer the questions in lines 6-7.

6.  **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items.    $            583.00

7.  **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories--people who are under 65 and people who are 65 or older--because older people have a higher IRS allowance for health car costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

Debtor 1    **Bronson Alcott Pinchot**                                          Case number (if known)    **2:15-bk-14422-SK**

**People who are under 65 years of age**

7a.  Out-of-pocket health care allowance per person          $ _____ 60

7b.  Number of people who are under 65                X _____ 1

7c.  Subtotal. Multiply line 7a by line 7b.            $ _____ 60.00    Copy line 7c here=>  $ _____ 60.00

**People who are 65 years of age or older**

7d.  Out-of-pocket health care allowance per person          $ _____ 144

7e.  Number of people who are 65 or older              X _____ 0

7f.  Subtotal. Multiply line 7d by line 7e.            $ _____ 0.00    Copy line 7f here=>  $ _____ 0.00

7g.  Total. Add line 7c and line 7f            $ _____ 60.00    Copy total here=> 7g. | $ _____ 60.00

**Local Standards**    You must use the IRS Local Standards to answer the questions in lines 8-15.

Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:
**Housing and utilities - Insurance and operating expenses**
**housing and utilities - Mortgage or rent expenses**
To answer the questions in lines 8-9, use the U.S. Trustee Program chart. To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

8.    Housing and utilities - Insurance and operating expenses: Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.          $ _____ 447.00

9.    **Housing and utilities - Mortgage or rent expenses:**

9a.  Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.          $ _____ 1,823.00

9b.  Total average monthly payment for all mortgages and other debts secured by your home.

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Next divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| -NONE- | $ _____ |

9b.  Total average monthly payment    $ _____ 0.00    Copy line 9b here=>  -$ _____ 0.00    Repeat this amount on line 33a.

9c.  Net mortgage or rent expense.

Subtract line 9b (total average monthly payment) from line 9a (mortgage or rent expense). If this number is less than $0, enter $0.          9c. $ _____ 1,823.00    Copy line 9c here=>  $ _____ 1,823.00

10.   If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.          $ _____ 0.00

Explain why:  _____

Debtor 1    **Bronson Alcott Pinchot**                                          Case number (if known)   **2:15-bk-14422-SK**

11. **Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

   ☐ 0. Go to line 14.

   ■ 1. Go to line 12.

   ☐ 2 or more. Go to line 12.

12. **Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area.   $ **295.00**

13. **Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle. In addition, you may not claim the expense for more than two vehicles.

**Vehicle 1     Describe Vehicle 1:** _____

13a. Ownership or leasing costs using IRS Local Standard          13a.   $ _____ **0.00**

13b. Average monthly payment for all debts secured by Vehicle 1.
Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then dived by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| -NONE- | $ _____ |

Copy 13b here => -$ _____ **0.00**     Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense
Subtract line 13b from line 13a. If this amount is less than $0, enter $0.          13c.   $ _____ **0.00**

Copy net Vehicle 1 expense here => $ _____ **0.00**

**Vehicle 2     Describe Vehicle 2:** _____

13d. Ownership or leasing costs using IRS Local Standard          13d.   $ _____ **0.00**

13e. Average monthly payment for all debts secured by Vehicle 2. Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| _____ | $ _____ |

Copy 13e here => -$ _____ **0.00**

13f. Net Vehicle 2 ownership or lease expense
Subtract line 13e from line 13d. If this number is less than $0, enter $0.          13f.   $ _____ **0.00**

Copy net Vehicle 2 expense here => $ _____ **0.00**

14. **Public transportation expense:** If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the *Public Transportation* expense allowance regardless of whether you use public transportation.   $ _____ **0.00**

15. **Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*.   $ _____ **0.00**

Debtor 1  **Bronson Alcott Pinchot**                    Case number *(if known)*  **2:15-bk-14422-SK**

| | |
|---|---|
| **Other Necessary Expenses**    In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories. | |
| 16. **Taxes:** The total monthly amount that you will actually pay for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.<br>Do not include real estate, sales, or use taxes. | $        0.00 |
| 17. **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.<br>Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings. | $        0.00 |
| 18. **Life Insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance.<br>Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term. | $        0.00 |
| 19. **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.<br>Do not include payments on past due obligations for spousal or child support. You will list these obligations in line 35. | $        0.00 |
| 20. **Education:** The total monthly amount that you pay for education that is either required:<br>as a condition for your job, or<br>for your physically or mentally challenged dependent child if no public education is available for similar services. | $        0.00 |
| 21. **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.<br>Do not include payments for any elementary or secondary school education. | $        0.00 |
| 22. **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.<br>Payments for health insurance or health savings accounts should be listed only in line 25. | $        586.66 |
| 23. **Optional telephone and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.<br>Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 22C-1, or any amount you previously deducted. | +$        250.00 |
| 24. **Add all of the expenses allowed under the IRS expense allowances.**<br>Add lines 6 through 23. | $        4,044.66 |

**Additional Expense Deductions**    These are additional deductions allowed by the Means Test.
*Note: Do not include any expense allowances listed in lines 6-24.*

25. **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

| | | | |
|---|---|---|---|
| Health insurance | $        278.00 | | |
| Disability insurance | $        0.00 | | |
| Health savings account | + $        0.00 | | |
| Total | $        278.00 | Copy total here=> | $        278.00 |

Do you actually spend this total amount?
☐  No. How much do you actually spend?
■  Yes                    $_____

| | |
|---|---|
| 26. **Continued contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $        0.00 |
| 27. **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.<br>By law, the court must keep the nature of these expenses confidential. | $        0.00 |

Debtor 1    **Bronson Alcott Pinchot**        Case number (*if known*)   **2:15-bk-14422-SK**

28. **Additional home energy costs.** Your home energy costs are included in your non-mortgage housing and utilities allowance on line 8.

   If you believe that you have home energy costs that are more than the home energy costs included in the non-mortgage housing and utilities allowance, then fill in the excess amount of home energy costs.

   You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.      $ _____ 0.00

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $158.25* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.

   You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

   * Subject to adjustment on 4/01/16, and every 3 years after that for cases begun on or after the date of adjustment.      $ _____ 0.00

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.

   To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

   You must show that the additional amount claimed is reasonable and necessary.      $ _____ 0.00

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 11 U.S.C. § 548(d)3 and (4).      $ _____ 0.00

32. **Add all of the additional expense deductions**
   Add lines 25 through 31.      $ _____ 278.00

**Deductions for Debt Payment**

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33g.**

   To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| | | | Average monthly payment |
|---|---|---|---|
| | Mortgages on your home | | |
| 33a. | Copy line 9b here | ⇒ | $ _____ 0.00 |
| | Loans on your first two vehicles | | |
| 33b. | Copy line 13b here | ⇒ | $ _____ 0.00 |
| 33c. | Copy line 13e here | ⇒ | $ _____ 0.00 |

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| 33d.   -NONE- _____ | _____ | ☐ No   ☐ Yes | $ _____ |
| 33e.   _____ | _____ | ☐ No   ☐ Yes | $ _____ |
| 33f.   _____ | _____ | ☐ No   ☐ Yes + | $ _____ |

33g.   Total average monthly payment. Add lines 33a through 33f    $ _____ 0.00   Copy total here⇒   $ _____ 0.00

Debtor 1    **Bronson Alcott Pinchot**          Case number (if known)   **2:15-bk-14422-SK**

**34. Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☐ No.   Go to line 35.

■ Yes.   State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | Total cure amount | | Monthly cure amount |
|---|---|---|---|---|
| **Internal Revenue Service** | **All Unencumbered Assets Listed in Schedules A & B** | $   64,262.00 | + 60 = $ | 1,071.03 |
| | | $ | + 60 = $ | |
| | | $ | + 60 = +$ | |
| | Total | $   1,071.03 | Copy total here=> | $   1,071.03 |

**35. Do you owe any priority claims - such as a priority tax, child support, or alimony - that are past due as of the filing date of your bankruptcy case? 11 U.S.C. § 507.**

☐ No.   Go to line 36.

■ Yes.   Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims      $   4,831.00   ÷ 60   $   80.52

**36. Projected monthly Chapter 13 plan payment**      $   1,574.00

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).    X   11.00

To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

Average monthly administrative expense      $   173.14   Copy total here=>   $   173.14

**37. Add all of the deductions for debt payment.**
Add lines 33g through 36.      $   1,324.69

**Total Deductions from Income**

**38. Add all of the allowed deductions.**

| | | |
|---|---|---|
| Copy line 24, *All of the expenses allowed under IRS expense allowances* | $ | 4,044.66 |
| Copy line 32, *All of the additional expense deductions* | $ | 278.00 |
| Copy line 37, *All of the deductions for debt payment* | +$ | 1,324.69 |
| **Total deductions** | $   5,647.35 | Copy total here=>   $   5,647.35 |

Debtor 1 __Bronson Alcott Pinchot_____  Case number (if known) __2:15-bk-14422-SK___

---

**Part 2:**     Determine Your Disposable Income Under 11 U.S.C. § 1325(b)(2)

39. Copy your total current monthly income from line 14 of Form 22C-1, *Chapter 13
    Statement of Your Current Monthly Income and Calculation of Commitment Period* ............... $ _____11,435.96

40. Fill in any reasonably necessary income you receive for support for dependent
    children. The monthly average of any child support payments, foster care payments, or
    disability payments for a dependent child, reported in Part I of Form 22C-1, that you received in
    accordance with applicable nonbankruptcy law to the extent reasonably necessary to be
    expended for such child. .............................................................................................. $ _____0.00

41. Fill in all qualified retirement deductions. The monthly total of all amounts that your
    employer withheld from wages as contributions for qualified retirement plans, as specified in
    11 U.S.C. § 541(b)(7) plus all required repayments of loans from retirement plans, as specified
    in 11 U.S.C. § 362(b)(19). .............................................................................................. $ _____0.00

42. Total of all deductions allowed under 11 U.S.C. § 707(b)(2)(A). Copy line 38 here. => $ _____5,647.35

43. Deduction for special circumstances. If special circumstances justify additional expenses
    and you have no reasonable alternative, describe the special circumstances and their
    expenses. You must give your case trustee a detailed explanation of the special circumstances
    and documentation for the expenses.

**Describe the special circumstances**                     **Amount of expense**

43a. __Comissions and expenses_____  $ ____6,110.24

43b. _____  $ _____

43c. _____  $ _____

43d. Total. Add lines 43a through 43c.      $ ____6,110.24   Copy 43d here=> $ ____6,110.24

44. Total adjustments. Add lines 40 through 43d.     => $ ____11,757.59   Copy total here=> -$ ____11,757.59

45. Calculate your monthly disposable income under § 1325(b)(2). Subtract line 44 from line 39.   $ ____-321.63

---

**Part 3:**     Change in Income or Expenses

46. Change in income or expenses. If the income in Form 22C-1 or the expenses you reported
    in this form have changed or are virtually certain to change after the date you filed your
    bankruptcy petition and during the time your case will be open, fill in the information below. For
    example, if the wages reported increased after you filed your petition, check 22C-1 in the first
    column, enter line 2 in the second column, explain why the wages increased, fill in when the
    increase occurred, and fill in the amount of the increase.

| Form | Line | Reason for change | Date of change | Increase or decrease? | Amount of change |
|------|------|-------------------|----------------|----------------------|------------------|
| ☐ 22C-1 | | | | ☐ Increase | |
| ☐ 22C-2 | _____ | _____ | _____ | ☐ Decrease | $ _____ |
| ☐ 22C-1 | | | | ☐ Increase | |
| ☐ 22C-2 | _____ | _____ | _____ | ☐ Decrease | $ _____ |
| ☐ 22C-1 | | | | ☐ Increase | |
| ☐ 22C-2 | _____ | _____ | _____ | ☐ Decrease | $ _____ |
| ☐ 22C-1 | | | | ☐ Increase | |
| ☐ 22C-2 | _____ | _____ | _____ | ☐ Decrease | $ _____ |

Debtor 1    **Bronson Alcott Pinchot**                          Case number (if known)    **2:15-bk-14422-SK**

| Part 4: | Sign Below |
| --- | --- |

By signing here, under penalty of perjury you declare that the information on this statement and in any attachments is true and correct.

X _____

**Bronson Alcott Pinchot**
Signature of Debtor 1

Date    **September 29, 2015**
MM / DD / YYYY

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**510 West 6th Street, Suite 1220**
**Los Angeles, CA 90014**

A true and correct copy of the foregoing document entitled: **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) _9-30-15_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| _September 30, 2015_ | _Andres Ochoa_ | _[signature]_ |
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

F 1007-1.1.Amended.Summary

Bronson Alcott Pinchot
613 Charter Oak Street
South Pasadena, CA 91030


Matthew D. Resnik
Simon Resnik Hayes LLP
510 West 6th Street, Suite 1220
Los Angeles, CA 90014


AAS Debt Recovery Inc
PO Box 129
Monroeville, PA 15146


Ability Recovery
PO Box 4031
Wyoming, PA 18644


American Arbitration Association
950 Warren Avenue
East Providence, RI 02914


Associated Credit Services
Attn: Data Processing Dept
115 Flanders Road, Suite 140;
PO Box 517
Westborough, MA 01581


Brennan & Clark LTD
721 E Madison, Ste. 200
Villa Park, IL 60181


Caine & Weiner
1699 E Woodfield Road
Schaumburg, IL 60173

Chapter 13 Trustee
Kathleen Dockery
700 South Flower St., Ste. 1950
Los Angeles, CA 90051


CIR, Law Offices, LLP
8665 Gibbs Drive, Suite 150
San Diego, CA 92123


Citibank
Attn: Centralized Bankruptcy
PO Box 20363
Kansas City, MO 64195


Collection Bureau of Hudson Valley
155 N Plank Road
Newburgh, NY 12550


Creditech/CBALV
Attn: Collections
PO Box 99
Bangor, PA 18013


Debt Alert
77 Hartland Street, Ste 401
PO Box 280431
East Hartford, CT 06128-0431


First Citizens Community Bank
Attn: Loan Central Dept
1163 S Main Street
Mansfield, PA 16933


First National Bank
fka Community Bank & Trust
4140 East State Street
Hermitage, PA 16148

First National Bank of PA
414 East State St.
Hermitage, PA 16148


First National Bank of PA
125 N State Street
Clarks Summit, PA 18411


Franchise Tax Board
Attn: Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952


G.H. Harris Associates Inc
PO Box 216
Dallas, PA 18612


Harford Township
c/o Kreder Brooks hailstone LLP
220 Penn Avenue, Ste 200
Scranton, PA 18503


Harford Township
PO Box 1
4514 State Route 547
Harford, PA 18823


Harford Township
PO Box 1
5414 State Route 547
Harford, PA 18823


Harford Township Supervisors
PO Box 1
Harford, PA 18823

Hourigan, Kluger & Quinn
Law Offices
600 Third Avenue
Kingston, PA 18704-5815

HSBC Bank
P.O. Box 1393
Buffalo, NY 14240-1393

Hunt & Henriques
151 Bernal Road, Suite 8
San Jose, CA 95119-1306

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jessica Miller, Tax Collector
334 Miller Road
New Milford, PA 18834

Kabbage, Inc.
730 Peachtree Street, Ste 350
Atlanta, GA 30308

L.J. Ross Associates, Inc.
PO Box 6099
Jackson, MI 49204-6099

Mirabito Energy
PO Box 5306
Attn: Jeff Pilarchik
Binghamton, NY 13902

Mosebach, Funt, Dayton & Duckworth
PO Box 20770
Lehigh Valley, PA 18002-0770


NEP
720 Main Street
PO Box D
Forest City, PA 18421


Northland Group
P.O. Box 390846
Minneapolis, MN 55439


Office of the United States Trustee
915 Wilshire Blvd., Ste 1850
Los Angeles, CA 90017


Palmatier Enterprises
371 Labzentis Road
Montrose, PA 18801


Penelec
PO Box 16001
Reading, PA 19612-6001


Penn Credit Corporation
916 S 14th Street
Harrisburg, PA 17104


Pennsylvania Department of Revenue
PO Box 280432
Harrisburg, PA 17128-0432

Portfolio Recovery
Attn: Bankruptcy
PO Box 41067
Norfolk, VA 23541


Ramond C. Davis, Esq.
181 Maple St.
Montrose, PA 18801


Revenue Group
PO Box 93983
Cleveland, OH 44101-5983


RMS
P.O. Box 20410
Lehigh Valley, PA 18002


State Farm Financial Services
Attn: Bankruptcy
PO Box 2328
Bloomington, IL 61702


Superior Court of California
Southeast District
12720 Norwalk Blvd
Norwalk, CA 90650


Superior Plus Energy Services
PO Box 1365; Dept 3
Buffalo, NY 14240-1365


Surgical Associates PC
161 Riverside Drive, Ste 210
Binghamton, NY 13905-4178

Susquehanna County Court House
105 Maple Street
Montrose, PA 18801


Tax Claim Bureau
PO Box 218
Montrose, PA 18801


The North-Eastern Pennsylvania
Telephone Company
720 Main Street
PO Box D
Forest City, PA 18421


The United States of America
Internal Revenue Service
Office of Chief Counsel
701 Market Street
Philadelphia, PA 19106


Timothy C Button Tax Collector
2071 Grinnell Road
New Milford, PA 18834


United States Postal Service
P.O. Box 21888
Eagan, MN 55121-0888


Vector Security
23 Casey Avenue
Wilkes Barre, PA 18702

# EXHIBIT B

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bronson Alcott Pinchot** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **2:15-bk-14422-SK** |

Check if this is:

■ An amended filing

■ A supplement showing post-petition chapter 13 Income as of the following date:
**9/29/2015**
MM / DD/ YYYY

## Official Form B 6I

## Schedule I: Your Income                                          12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ■ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| Include part-time, seasonal, or self-employed work. | **Occupation** | Freelance Actor/Narrator | |
| | **Employer's name** | Self-Employed | |
| Occupation may include student or homemaker, if it applies. | **Employer's address** | 613 Charter Oak Street South Pasadena, CA 91030 | |
| | **How long employed there?** | 30 Years | |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $    0.00 | $    N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$    0.00 | +$    N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $    0.00 | $    N/A |

| Debtor 1 | **Bronson Alcott Pinchot** | | | | Case number *(if known)* | **2:15-bk-14422-SK** | |

|  |  |  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|---|
|  | Copy line 4 here | 4. | $ | 0.00 | $ N/A |

5. List all payroll deductions:

| | | | | | |
|---|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ | 0.00 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ | 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ | 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ | 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ | 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ | 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ | 0.00 | $ N/A |
| 5h. | Other deductions. Specify: | 5h.+ | $ | 0.00 + | $ N/A |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ | 0.00 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ | 0.00 | $ N/A |

8. List all other income regularly received:

| | | | | | |
|---|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly income. | 8a. | $ | 4,073.76 | $ N/A |
| 8b. | Interest and dividends | 8b. | $ | 0.00 | $ N/A |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ | 0.00 | $ N/A |
| 8d. | Unemployment compensation | 8d. | $ | 0.00 | $ N/A |
| 8e. | Social Security | 8e. | $ | 0.00 | $ N/A |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $ | 0.00 | $ N/A |
| 8g. | Pension or retirement income | 8g. | $ | 0.00 | $ N/A |
| 8h. | Other monthly income. Specify: Residuals | 8h.+ | $ | 1,251.96 + | $ N/A |

| | | | | | |
|---|---|---|---|---|---|
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ | 5,325.72 | $ N/A |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10. | Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ | 5,325.72 + | $ N/A = | $ 5,325.72 |

| | | | |
|---|---|---|---|
| 11. | State all other regular contributions to the expenses that you list in Schedule J.<br>Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.<br>Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.<br>Specify: | 11. +$ | 0.00 |

| | | | |
|---|---|---|---|
| 12. | Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.<br>Write that amount on the *Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data*, if it applies | 12. | $ 5,325.72 **Combined monthly income** |

13. Do you expect an increase or decrease within the year after you file this form?

☐ No.

■ Yes. Explain: | *Owns Post Office in PA and was receiving Rental Income form US Postal Service. Lease ends 5/01/2015. Is not renewing lease. |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Bronson Alcott Pinchot** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | **2:15-bk-14422-SK** |

Check if this is:

■ An amended filing

■ A supplement showing post-petition chapter 13 expenses as of the following date:

____9/29/2015____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J

## Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

**1.    Is this a joint case?**

■ No. Go to line 2.

☐ Yes. Does Debtor 2 live in a separate household?

☐ No

☐ Yes. Debtor 2 must file a separate Schedule J.

**2.    Do you have dependents?**    ■ No

| | | | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|---|---|
| Do not list Debtor 1 and Debtor 2. | ☐ Yes. | Fill out this information for each dependent.............. | | | ☐ No |
| Do not state the dependents' names. | | | _____ | _____ | ☐ Yes |
| | | | _____ | _____ | ☐ No |
| | | | _____ | _____ | ☐ Yes |
| | | | _____ | _____ | ☐ No |
| | | | _____ | _____ | ☐ Yes |
| | | | _____ | _____ | ☐ No |
| | | | | | ☐ Yes |

**3.    Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 850.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 50.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |

Case 2:15-bk-14422-SK    Doc 62    Filed 09/30/15    Entered 09/30/15 12:25:26    Desc
Main Document    Page 32 of 52
Case 2:15-bk-14422-SK    Doc 59    Filed 09/29/15    Entered 09/29/15 15:32:21    Desc
Main Document    Page 11 of 19

| Debtor 1 | **Bronson Alcott Pinchot** | | | Case number (if known) | **2:15-bk-14422-SK** |

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | 62.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | 50.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 299.00 |
| | 6d. | Other. Specify:   **Home Alarm System** | 6d. | $ | 20.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $ | 350.00 |
| 8. | **Childcare and children's education costs** | | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | 150.00 |
| 10. | **Personal care products and services** | | 10. | $ | 95.00 |
| 11. | **Medical and dental expenses** | | 11. | $ | 646.66 |
| 12. | **Transportation. Include gas, maintenance, bus or train fare.** Do not include car payments. | | 12. | $ | 220.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | 95.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | 0.00 |
| | 15b. | Health insurance | 15b. | $ | 278.00 |
| | 15c. | Vehicle insurance | 15c. | $ | 66.00 |
| | 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.** Specify: | | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. | Other. Specify:   **Storage Fees ($625 but will look for less expensive place)** | 17c. | $ | 425.00 |
| | 17d. | Other. Specify: | 17d. | $ | 0.00 |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I). | | 18. | $ | 0.00 |
| 19. | Other payments you make to support others who do not live with you. Specify: | | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. | Real estate taxes | 20b. | $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify:   **Emergency Expenses** | | 21. | +$ | 95.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. | $ | 3,751.66 |
| 23. | **Calculate your monthly net income.** | | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 5,325.72 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. | –$ | 3,751.66 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | 1,574.06 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes. Explain: [                                                                              ]

Official Form B 6J          Schedule J: Your Expenses          page 2

# EXHIBIT C

| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Matthew D. Resnik (SBN 182562)<br>Sylvia Renee Sawyer Blume (SBN 180143)<br>Simon Resnik Hayes LLP<br>510 West 6th Street, Suite 1220<br>Los Angeles, CA 90014<br>(213)572-0800 Fax:  (213)572-0860<br>matt@srhlawfirm.com<br>renee@srhlawfirm.com | |
| ☐ Individual appearing without attorney<br>☑ Attorneys for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Bronson Alcott Pinchot<br><br><br><br><br>Debtor(s) | Case No. 2:15-bk-14422-SK<br>Chapter 13<br><br><br>SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(C)] |
|---|---|

A filing fee is required to amend Schedules D, E, or F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or F. Are one or more creditors being added? ☑ Yes          ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A          ☑ Schedule B          ☑ Schedule C          ☐ Schedule D          ☐ Schedule E

☑ Schedule F          ☐ Schedule G          ☐ Schedule H          ☑ Schedule I          ☑ Schedule J

☐ Master Mailing List          ☐ Statement of Social Security Number(s)          ☐ Statement of Financial Affairs

☐ Statement of Intention          ☑ (specify) _1st Amended Chapter 13 Plan_

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    September 29, 2015

Bronson Alcott Pinchot
Debtor's Signature

Co-Debtor's Signature, if applicable.

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                    F 1007-1.1.Amended.Summary

| Attorney or Party Name, Address, Telephone & FAX Nos.:, State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Matthew D. Resnik (SBN 182562) Sylvia Renee Sawyer Blume (SBN 180143) Simon Resnik Hayes LLP 510 West 6th Street, Suite 1220 Los Angeles, CA 90014 (213)572-0800 Fax: (213)572-0860 matt@srhlawfirm.com renee@srhlawfirm.com | |
| ☐ Individual appearing without attorney ☑ Attorneys for: Debtor | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names (including trade names) used by the debtor within the last 8 years:<br><br>**Bronson Alcott Pinchot** | CASE NO.:. 2:15-bk-14422-SK |
|---|---|
| | CHAPTER 13 |
| | ### 1st AMENDED CHAPTER 13 PLAN |
| | **CREDITORS MEETING:**<br>Date:     5/01/15<br>Time:     8:45 AM<br>Place:    915 Wilshire Blvd, 10th Fl, Room 1, Los Angeles, CA 90017 |
| | **CONFIRMATION HEARING:**<br>Date:     11/05/15<br>Time:     10:00 AM<br>Place:    255 E. Temple St., Crtrm. 1575, Los Angeles, CA 90012 |
| Debtor(s). | |

## NOTICE

This Chapter 13 Plan is proposed by the above Debtor. The Debtor attests that the information stated in this Plan is accurate. Creditors cannot vote on this Plan. However, creditors may object to this Plan being confirmed pursuant to 11 U.S.C. § 1324. Any objection must be in writing and must be filed with the court and served upon the Debtor, Debtor's attorney (if any), and the chapter 13 trustee not less than 7 days before the date set for the meeting of creditors. Unless an objection is filed and served, the court may confirm this Plan. The Plan, if confirmed, modifies the rights and duties of the Debtor and creditors to the treatment provided in the Plan as confirmed, with the following IMPORTANT EXCEPTIONS:

Unless otherwise provided by law, each creditor will retain its lien until the earlier of payment of the underlying debt determined under non-bankruptcy law or discharge under 11 U.S.C.§1328. If the case under this chapter is dismissed or converted without completion of the Plan, such lien shall also be retained by such holder to the extent recognized by applicable non-bankruptcy law.

Defaults will be cured using the interest rate set forth below in the Plan. Any ongoing obligation will be paid according to the terms of the Plan.

**HOLDERS OF SECURED CLAIMS AND CLASS 1 CLAIMANTS WILL BE PAID ACCORDING TO THIS PLAN AFTER CONFIRMATION UNLESS THE SECURED CREDITOR OR CLASS 1 CLAIMANT FILES A PROOF OF CLAIM IN A DIFFERENT AMOUNT THAN THAT PROVIDED IN THE PLAN.** If a secured creditor or a class 1 creditor files a proof of claim, that creditor will be paid according to that creditor's proof of claim, unless the court orders otherwise.

**HOLDERS OF ALL OTHER CLAIMS MUST TIMELY FILE PROOFS OF CLAIMS, IF THE CODE SO REQUIRES, OR THEY WILL NOT BE PAID ANY AMOUNT.** A Debtor who confirms a Plan may be eligible thereafter to receive a discharge of debts to the extent specified in 11 U.S.C. § 1328.

The Debtor proposes the following Plan and makes the following declarations:

I. **PROPERTY AND FUTURE EARNINGS OR INCOME SUBJECT TO THE SUPERVISION AND CONTROL OF THE CHAPTER 13 TRUSTEE:**

    The Debtor submits the following to the supervision and control of the chapter 13 trustee:

A. Payments by Debtor of **$1,250.00** per month for **7** months, then **$1,576.03** per month for **53** months; for a total of **60 months.** This monthly Plan Payment will begin within 30 days of the date the petition was filed.

B. The base plan amount is $ **92,279.59** which is estimated to pay **1** % of the allowed claims of nonpriority unsecured creditors. If that percentage is less than 100%, the Debtor will pay the Plan Payment stated in this Plan for the full term of the Plan or until the base plan amount is paid in full, and the chapter 13 trustee may increase the percentage to be paid to creditors accordingly.

C. Amounts necessary for the payment of postpetition claims allowed under 11 U.S.C. § 1305.

D. Preconfirmation adequate protection payments for any creditor who holds an allowed claim secured by personal property where such security interest is attributable to the purchase of such property and preconfirmation payments on leases of personal property whose allowed claim is impaired by the terms proposed in the plan. Preconfirmation adequate protection payments and preconfirmation lease payments will be paid to the chapter 13 trustee for the following creditor(s) in the following amounts:

| Creditor/Lessor Name | Collateral Description | Last 4 Digits of Account # | Amount |
|---|---|---|---|
| -NONE- | | | |

Each adequate protection payment or preconfirmation lease payment will commence on or before the 30th day from the date of filing of the case. The chapter 13 trustee shall deduct the foregoing adequate protection payment(s) and/or preconfirmation lease payment from the Debtor's Plan Payment and disburse the adequate protection payment or preconfirmation lease payment to the secured(s) creditor(s) at the next available disbursement or as soon as practicable after the payment is received and posted to the chapter 13 trustee's account. The chapter 13 trustee will take his or her statutory fee on all disbursements made for preconfirmation adequate protection payments or preconfirmation lease payments.

E. Other property: (specify property or indicate none)
    None

**II.   ORDER OF PAYMENTS; CLASSIFICATION AND TREATMENT OF CLAIMS:**
Except as otherwise provided in the Plan or by court order, the chapter 13 trustee shall disburse all available funds
for the payment of claims as follows:

A.   **ORDER OF PAYMENTS:**

   1.   If there are Domestic Support Obligations, the order of priority shall be:

      (a)   Domestic Support Obligations and the chapter 13 trustee's fee not exceeding the amount accrued on
            payments made to date;

      (b)   Administrative expenses (Class 1(a)) in an amount not exceeding **100** % of each Plan Payment
            until paid in full;

   2.   If there are no Domestic Support Obligations, the order of priority shall be the chapter 13 trustee's fee not
        exceeding the amount accrued on payments made to date, and administrative expenses (Class 1(a)) in an
        amount not exceeding **100** % of each Plan Payment until paid in full.

   3.   Notwithstanding 1 and 2 above, ongoing payments on secured debts that are to be made by the chapter 13
        trustee from the Plan Payment; such secured debt may be paid by the chapter 13 trustee commencing with
        the inception of Plan Payments.

   4.   Subject to 1, 2, and 3 above, pro rata to all other claims except as otherwise provided in the Plan.

   5.   No payment shall be made on nonpriority unsecured claims until all secured and priority claims have been
        paid in full.

**B.   CLASSIFICATION AND TREATMENT OF CLAIMS:**

| | CLASS 1 | | | | |
|---|---|---|---|---|---|
| colspan | **ALLOWED UNSECURED CLAIMS ENTITLED TO PRIORITY UNDER 11 U.S.C. §507** | | | | |
| colspan | The Debtor will pay Class 1 claims in full; except the debtor may provide for less than full payment of Domestic Support Obligations pursuant to 11 U.S.C. §1322(a)(4). | | | | |
| | CATEGORY | AMOUNT OF PRIORITY CLAIM | INTEREST RATE (if any) | MONTHLY PAYMENT | NUMBER OF MONTHS | TOTAL PAYMENT |
| a. | Administrative Expenses | | | | | |
| (1) | Chapter 13 trustee's fee – estimated at 11% of all payments to be made to all classes through this Plan. | | | | | |
| (2) | Attorney's Fees | $2,810.00 | | $936.67 | to be paid first notwithstanding dismissal | $2,810.00 |
| (3) | Chapter 7 trustee's fees | | | | | |
| (4) | Other | | | | | |
| b. | Other Priority Claims | | | | | |
| (1) | Internal Revenue Service | | | | | |
| | Internal Revenue Service | $8,615.00 | 0% | $783.18 | 11 | $8,615.00 |
| (2) | Franchise Tax Board | | | | | |
| | Franchise Tax Board | $1,651.00 | 0% | $150.09 | 11 | $1,651.00 |
| (3) | Domestic Support Obligation | | | | | |
| (4) | Other | | | | | |
| | Pennsylvania Department of Revenue | $3,180.00 | 0% | $289.09 | 11 | $3,180.00 |
| c. | Domestic Support Obligations that are not to be paid in full in the Plan (specify creditor name): | | | | | |
| | . | | | | | |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 4                          F3015-1.01.CHAPTER13.PLAN

| CLASS 2 |
|---|

**CLAIMS SECURED SOLELY BY PROPERTY THAT IS THE DEBTOR'S PRINCIPAL RESIDENCE
ON WHICH OBLIGATION MATURES <u>AFTER</u> THE FINAL PLAN PAYMENT IS DUE**

1. ☐    The postconfirmation monthly mortgage payment will be made by the chapter 13 trustee from the Plan Payment to:

2. ☐    The postconfirmation monthly mortgage payment will be made by the Debtor directly to:

_____              _____
(name of creditor)                                       (last 4 digits of account number)

_____              _____
(name of creditor)                                       (last 4 digits of account number)

The Debtor will cure all prepetition arrearages for the primary residence through the Plan Payment as set forth below.

| | | Cure of Default | | | | |
|---|---|---|---|---|---|---|
| Name of Creditor | Last 4 Digits of Account Number | AMOUNT OF ARREARAGE | INTEREST RATE | MONTHLY PAYMENT | NUMBER OF MONTHS | TOTAL PAYMENT |
| | | | | | | |
| | | | | | | |

| CLASS 3 |
|---|

**CLAIMS SECURED BY REAL OR PERSONAL PROPERTY WHICH ARE PAID IN FULL
DURING THE TERM OF THE PLAN**

| Name of creditor | Last 4 Digits of Account No. | CLAIM TOTAL | SECURED CLAIM AMOUNT | INTEREST RATE | Equal Monthly Payment | NUMBER OF MONTHS | TOTAL PAYMENT |
|---|---|---|---|---|---|---|---|
| Internal Revenue Service | xxx-xx-6315 | $184,449.73 | $64,262.00 | 0.00 | $1,367.28 | 47 | $64,262.00 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                          *Page 5*                          F3015-1.01.CHAPTER13.PLAN

| CLASS 4 |
| --- |

### OTHER SECURED CLAIMS ON WHICH THE LAST PAYMENT IS DUE AFTER THE DATE ON WHICH THE FINAL PAYMENT UNDER THE PLAN IS DUE

1. ☐   The postconfirmation monthly payment pursuant to the promissory note will be made by the chapter 13 trustee from the Plan Payment to:

2. ☐   The postconfirmation monthly payment pursuant to the promissory note will be made by the Debtor directly to:

_____                    _____
(name of creditor)                                              (last 4 digits of account number)

_____                    _____
(name of creditor)                                              (last 4 digits of account number)

The Debtor will cure all prepetition arrearages on these claims through the Plan Payment as set forth below.

| Name of Creditor | Last 4 Digits of Account Number | Cure of Default | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | AMOUNT OF ARREARAGE | INTEREST RATE | MONTHLY PAYMENT | NUMBER OF MONTHS | TOTAL PAYMENT |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| CLASS 5 |
| --- |

### NON-PRIORITY UNSECURED CLAIMS

The Debtor estimates that non-priority unsecured claims total the sum of  **$261,610.09** .

Class 5 claims will be paid as follows:

(Check one box only.)

☑   Class 5 claims (including allowed unsecured amounts from Class 3) are of one class and will be paid pro rata.

OR

☐   Class 5 claims will be divided into subclasses as shown ~~on the attached exhibit~~ *directly below* (which also shows the justification for the differentiation among the subclasses) and the creditors in each subclass will be paid pro rata.

### III.   COMPARISON WITH CHAPTER 7

The value as of the effective date of the Plan of property to be distributed under the Plan on account of each allowed claim is not less than the amount that would be paid on such claim if the estate of the Debtor were liquidated under chapter 7 of the Bankruptcy Code on such date. The amount distributed to nonpriority unsecured creditors in chapter 7 would be $ **0.00**  which is estimated to pay **0** % of the scheduled nonpriority unsecured debt.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 6                    F3015-1.01.CHAPTER13.PLAN

## IV.  PLAN ANALYSIS

| | |
|---|---:|
| **CLASS 1a** | **$2,810.00** |
| **CLASS 1b** | **$13,446.00** |
| **CLASS 1c** | **$0.00** |
| **CLASS 2** | **$0.00** |
| **CLASS 3** | **$64,262.00** |
| **CLASS 4** | **$0.00** |
| **CLASS 5** | **$2,616.96** |
| **SUB-TOTAL** | **$83,134.96** |
| **CHAPTER 13 TRUSTEE'S FEE (Estimated 11% unless advised otherwise)** | **$9,144.63** |
| **TOTAL PAYMENT** | **$92,279.59** |

## V.  OTHER PROVISIONS

A.  The Debtor rejects the following executory contracts and unexpired leases.

**Name of Other Party:**      **Description of contract/lease:**
**United States Postal Service**      **Lease on Harford PA 18823 Post Office**

B.  The Debtor assumes the executory contracts or unexpired leases set forth in this section. As to each contract or lease assumed, any defaults therein and Debtor's proposal for cure of said default(s) is described in Class 4 of this Plan. The Debtor has a leasehold interest in personal property and will make all post-petition payments directly to the lessor(s):

**Name of Other Party:**      **Description of contract/lease:**
-NONE-

C.  In addition to the payments specified in Class 2 and Class 4, the Debtor will make regular payments, including any preconfirmation payments, directly to the following:

**Creditor Name:**      **Monthly Payment:**
-NONE-

D.  The Debtor hereby surrenders the following personal or real property. (*identify property and creditor to which it is surrendered*):

**Creditor Name:**      **Description:**
**First Citizens Community Bank**      **3950 State Route 547, Harford, PA 18823**
     **aka "Moody House"**
     **aka "Former Stout Property"**
     **APN 167.09-1,024.00,000**

     **Owned by Bee Knee, Inc**
**Creditor Name:**      **Description:**
**First National Bank**      **48 Decker Court, Harford, PA 18823**
     **APN 167.00-1,041.00,000**

**Creditor Name:**      **Description:**
**First National Bank**      **3986 State Route 547, Harford, PA 18823**
     **APN 167.09-1,022.00,000**
     **Cross Collateralized with 48 Decker**

**Creditor Name:**      **Description:**
**First National Bank**      **3986 State Route 547, Harford, PA 18823**
     **aka "Deli Llama"; aka "Deli"**
     **APN 167.09-1,022.00,000**

**Creditor Name:**                          **Description:**

**Creditor Name:**                          **Description:**

**First National Bank**                     3940 State Route 547, Harford, PA 18823 aka "Lux
                                            Cottage"
                                            3930 State Route 547, Harford, PA 18823 (Post Office)
                                            APN 167.13-1,005.00,000
                                            3914 State Route 547, Harford, PA 18823 aka "Rose
                                            Cottage"
                                            APN 167.13-1,006.00,000
                                            (All three prop

**Creditor Name:**                          **Description:**

**First National Bank**                     Raw Land
                                            aka 547 Market Street, Harford, PA 18823
                                            aka "Old Country Market"
                                            aka "Corner Lot"
                                            APN 167.09-1,009.00.000

**Creditor Name:**                          **Description:**

**First National Bank**                     3986 State Route 547, Harford, PA 18823
                                            aka "Deli Llama"; aka "Deli"
                                            APN 167.09-1,022.00,000

**Creditor Name:**                          **Description:**

**First National Bank**                     Gas rights, cash collateralized by First National Bank

**Creditor Name:**                          **Description:**

**First National Bank**                     3905 State Route 547, Harford, PA 18823
                                            aka 244 Decker (Non-existent address)
                                            aka "Main House"
                                            APN 167.13-1,001.00,000

**Creditor Name:**                          **Description:**

**Harford Township**                        3986 State Route 547, Harford, PA 18823
                                            aka "Deli Llama"; aka "Deli"
                                            APN 167.09-1,022.00,000

**Creditor Name:**                          **Description:**

**Harford Township**                        Raw Land
                                            aka 547 Market Street, Harford, PA 18823
                                            aka "Old Country Market"
                                            aka "Corner Lot"
                                            APN 167.09-1,009.00.000

**Creditor Name:**                          **Description:**

**Harford Township**                        3940 State Route 547, Harford, PA 18823 aka "Lux
                                            Cottage"

**Creditor Name:**                          **Description:**

**Jessica Miller, Tax Collector**           Two Vacant Lots Adjacent to 3905 State Route 547,
                                            Harford, PA 18823

**Creditor Name:**                          **Description:**

**Jessica Miller, Tax Collector**           3905 State Route 547, Harford, PA 18823
                                            aka 244 Decker (Non-existent address)
                                            aka "Main House"
                                            APN 167.13-1,001.00,000

**Creditor Name:**                          **Description:**

**Jessica Miller, Tax Collector**           3930 State Route 547, Harford, PA 18823 (Post Office)
                                            APN 167.13-1,005.00,000

**Creditor Name:**                          **Description:**

**Jessica Miller, Tax Collector**           3914 State Route 547, Harford, PA 18823 aka "Rose
                                            Cottage"
                                            APN 167.13-1,006.00,000
                                            (All three prop

**Creditor Name:**                          **Description:**

**Jessica Miller, Tax Collector**           3986 State Route 547, Harford, PA 18823
                                            aka "Deli Llama"; aka "Deli"
                                            APN 167.09-1,022.00,000

| | |
|---|---|
| **Creditor Name:** | **Description:** |
| **Creditor Name:** | **Description:** |
| **Jessica Miller, Tax Collector** | **Raw Land** |
| | **aka 547 Market Street, Harford, PA 18823** |
| | **aka "Old Country Market"** |
| | **aka "Corner Lot"** |
| | **APN 167.09-1,009.00.000** |
| **Creditor Name:** | **Description:** |
| **Jessica Miller, Tax Collector** | **48 Decker Court, Harford, PA 18823** |
| | **APN 167.00-1,041.00,000** |
| **Creditor Name:** | **Description:** |
| **Jessica Miller, Tax Collector** | **"Town Green" Vacant Land** |
| | **APN 167.09-1,044.00.000** |
| **Creditor Name:** | **Description:** |
| **State Farm Financial Services** | **3905 State Route 547, Harford, PA 18823** |
| | **aka 244 Decker (Non-existent address)** |
| | **aka "Main House"** |
| | **APN 167.13-1,001.00,000** |
| **Creditor Name:** | **Description:** |
| **Tax Claim Bureau** | **3940 State Route 547, Harford, PA 18823** |
| | **3930 State Route 547, Harford, PA 18823 (Post Office)** |
| | **APN 167.13-1,005.00.000** |
| **Creditor Name:** | **Description:** |
| **Tax Claim Bureau** | **3914 State Route 547, Harford, PA 18823** |
| | **APN 167.13-1,006.00,000** |
| **Creditor Name:** | **Description:** |
| **Tax Claim Bureau** | **3986 State Route 547, Harford, PA 18823** |
| | **aka "Dell Llama"; aka "Dell"** |
| | **APN 167.09-1,022.00.000** |
| **Creditor Name:** | **Description:** |
| **Tax Claim Bureau** | **Raw Land** |
| | **aka 547 Market Street, Harford, PA 18823** |
| | **aka "Old Country Market"** |
| | **aka "Corner Lot"** |
| | **APN 167.09-1,009.00.000** |
| **Creditor Name:** | **Description:** |
| **Tax Claim Bureau** | **48 Decker Court, Harford, PA 18823** |
| | **APN 167.00-1,041.00.000** |
| **Creditor Name:** | **Description:** |
| **Tax Claim Bureau** | **3950 State Route 547, Harford, PA 18823** |
| | **aka "Moody House"** |
| | **aka "Former Stout Property"** |
| | **APN 167.09-1,024.00,000** |
| | |
| | **Owned by Bee Knee, Inc** |
| **Creditor Name:** | **Description:** |
| **Tax Claim Bureau** | **"Town Green" Vacant Land** |
| | **APN 167.09-1,044.00.000** |

E. The Debtor shall incur no debt greater than $500.00 without prior court approval unless the debt is incurred in the ordinary course of business pursuant to 11 U.S.C. §1304(b) or for medical emergencies.

F. Miscellaneous provisions: (*use attachment, if necessary*):

G. The chapter 13 trustee is authorized to disburse funds after the date confirmation is announced in open court.

H. The Debtor will pay timely all postconfirmation tax liabilities directly to the appropriate taxing authorities as they come due.

I.  The Debtor will pay all amounts required to be paid under a Domestic Support Obligation that first became payable after the date of the filing of the petition.

## VI.  REVESTING OF PROPERTY

Property of the estate shall not revest in the Debtor until such time as a discharge is granted or the case is dismissed or closed without discharge. Revestment shall be subject to all liens and encumbrances in existence when the case was filed, except those liens avoided by court order or extinguished by operation of law. In the event the case is converted to a case under chapter 7, 11, or 12 of the Bankruptcy Code, the property of the estate shall vest in accordance with applicable law. After confirmation of the Plan, the chapter 13 trustee shall have no further authority or fiduciary duty regarding use, sale, or refinance of property of the estate except to respond to any motion for proposed use, sale, or refinance as required by the LBRs. Prior to any discharge or dismissal, the Debtor must seek approval of the court to purchase, sell, or refinance real property.

Date:    September 29, 2015

Sylvia Renee Sawyer Blume
Attorney for Debtor

Bronson Alcott Pinchot
Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 10                    F3015-1.01.CHAPTER13.PLAN

| In re: | CHAPTER: **13** |
|---|---|
| **Bronson Alcott Pinchot** | |
| Debtor(s). | CASE NUMBER: **2:15-bk-14422-SK** |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**510 West 6th Street, Suite 1220**
**Los Angeles, CA 90014**

A true and correct copy of the foregoing document entitled (*specify*): __**Reply to objection to confirmation of First National Bank**__
**of Pennsylvania; Declaration of Bronson Alcott Pinchot in support thereof**__ will be served or was served **(a)** on the judge in
chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and
LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, I checked the CM/ECF
docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice
List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On __9/30/15__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary
proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and
addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24
hours after the document is filed.

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each
person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by
personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission
and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will
be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 30, 2015 | Andres Ochoa | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **9013-3.1.PROOF.SERVICE**

Bronson Alcott Pinchot
613 Charter Oak Street
South Pasadena, CA 91030


Matthew D. Resnik
Simon Resnik Hayes LLP
510 West 6th Street, Suite 1220
Los Angeles, CA 90014


AAS Debt Recovery Inc
PO Box 129
Monroeville, PA 15146


Ability Recovery
PO Box 4031
Wyoming, PA 18644


American Arbitration Association
950 Warren Avenue
East Providence, RI 02914


Associated Credit Services
Attn: Data Processing Dept
115 Flanders Road, Suite 140;
PO Box 517
Westborough, MA 01581


Brennan & Clark LTD
721 E Madison, Ste. 200
Villa Park, IL 60181


Caine & Weiner
1699 E Woodfield Road
Schaumburg, IL 60173

Chapter 13 Trustee
Kathleen Dockery
700 South Flower St., Ste. 1950
Los Angeles, CA 90051


CIR, Law Offices, LLP
8665 Gibbs Drive, Suite 150
San Diego, CA 92123


Citibank
Attn: Centralized Bankruptcy
PO Box 20363
Kansas City, MO 64195


Collection Bureau of Hudson Valley
155 N Plank Road
Newburgh, NY 12550


Creditech/CBALV
Attn: Collections
PO Box 99
Bangor, PA 18013


Debt Alert
77 Hartland Street, Ste 401
PO Box 280431
East Hartford, CT 06128-0431


First Citizens Community Bank
Attn: Loan Central Dept
1163 S Main Street
Mansfield, PA 16933


First National Bank
fka Community Bank & Trust
4140 East State Street
Hermitage, PA 16148

First National Bank of PA
414 East State St.
Hermitage, PA 16148


First National Bank of PA
125 N State Street
Clarks Summit, PA 18411


Franchise Tax Board
Attn: Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952


G.H. Harris Associates Inc
PO Box 216
Dallas, PA 18612


Harford Township
c/o Kreder Brooks hailstone LLP
220 Penn Avenue, Ste 200
Scranton, PA 18503


Harford Township
PO Box 1
4514 State Route 547
Harford, PA 18823


Harford Township
PO Box 1
5414 State Route 547
Harford, PA 18823


Harford Township Supervisors
PO Box 1
Harford, PA 18823

Hourigan, Kluger & Quinn
Law Offices
600 Third Avenue
Kingston, PA 18704-5815

HSBC Bank
P.O. Box 1393
Buffalo, NY 14240-1393

Hunt & Henriques
151 Bernal Road, Suite 8
San Jose, CA 95119-1306

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jessica Miller, Tax Collector
334 Miller Road
New Milford, PA 18834

Kabbage, Inc.
730 Peachtree Street, Ste 350
Atlanta, GA 30308

L.J. Ross Associates, Inc.
PO Box 6099
Jackson, MI 49204-6099

Mirabito Energy
PO Box 5306
Attn: Jeff Pilarchik
Binghamton, NY 13902

Mosebach, Funt, Dayton & Duckworth
PO Box 20770
Lehigh Valley, PA 18002-0770


NEP
720 Main Street
PO Box D
Forest City, PA 18421


Northland Group
P.O. Box 390846
Minneapolis, MN 55439


Office of the United States Trustee
915 Wilshire Blvd., Ste 1850
Los Angeles, CA 90017


Palmatier Enterprises
371 Labzentis Road
Montrose, PA 18801


Penelec
PO Box 16001
Reading, PA 19612-6001


Penn Credit Corporation
916 S 14th Street
Harrisburg, PA 17104


Pennsylvania Department of Revenue
PO Box 280432
Harrisburg, PA 17128-0432

Portfolio Recovery
Attn: Bankruptcy
PO Box 41067
Norfolk, VA 23541

Ramond C. Davis, Esq.
181 Maple St.
Montrose, PA 18801

Revenue Group
PO Box 93983
Cleveland, OH 44101-5983

RMS
P.O. Box 20410
Lehigh Valley, PA 18002

State Farm Financial Services
Attn: Bankruptcy
PO Box 2328
Bloomington, IL 61702

Superior Court of California
Southeast District
12720 Norwalk Blvd
Norwalk, CA 90650

Superior Plus Energy Services
PO Box 1365; Dept 3
Buffalo, NY 14240-1365

Surgical Associates PC
161 Riverside Drive, Ste 210
Binghamton, NY 13905-4178

Susquehanna County Court House
105 Maple Street
Montrose, PA 18801


Tax Claim Bureau
PO Box 218
Montrose, PA 18801


The North-Eastern Pennsylvania
Telephone Company
720 Main Street
PO Box D
Forest City, PA 18421


The United States of America
Internal Revenue Service
Office of Chief Counsel
701 Market Street
Philadelphia, PA 19106


Timothy C Button Tax Collector
2071 Grinnell Road
New Milford, PA 18834


United States Postal Service
P.O. Box 21888
Eagan, MN 55121-0888


Vector Security
23 Casey Avenue
Wilkes Barre, PA 18702