Matthew D. Resnik, Esq. (SBN. 182562)
S. Renee Sawyer Blume, Esq. (SBN 180143)
**SIMON RESNIK HAYES, LLP**
Attorneys at Law
510 W. 6th, Suite 1220
Los Angeles, CA 90014
Tel (213) 572-0800
Fax (213) 572-0860

Attorneys for Debtor,
Bronson Alcott Pinchot

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Bronson Alcott Pinchot<br><br><br><br>Debtor | Case No. 2:15-bk-14422-SK<br>Chapter 13<br><br>OPPOSITION TO TRUSTEE'S MOTION TO DISMISS CASE DUE TO MATERIAL DEFAULT<br><br>Hearing Date:   June 8, 2017<br>Time:           10:30 am<br>Place:          Ctrm: 1575<br>                255 E. Temple Street<br>                Los Angeles, CA 90012 |

**TO THE HONORABLE NEIL BASON, UNITED STATES BANKRUPTCY JUDGE; KATHY DOCKERY, CHAPTER 13 TRUSTEE; AND INTERESTED PARTIES:**

On May 3, 2017, the Chapter 13 Trustee Kathy Dockery moved for an Order Dismissing the Chapter 13 case for material default. A true and correct copy of the Trustee's Motion to Dismiss is attached hereto and incorporated herein as Exhibit "A" (herein "TMD").

The TMD indicates a material default for failure to provide Trustee with annual statement(s) of post-confirmation income and expenses. The Debtor has an appointment to meet with his attorney and will have it completed prior to the hearing date of June 8, 2017.

DATED: May 25, 2017                              By _____
                                                        S. Renee Sawyer Blume, Esq.
                                                        Attorney for Debtor

# EXHIBIT A

KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
700 S. FLOWER ST., SUITE 1950
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 2:15-bk-14422-SK |
| BRONSON ALCOTT PINCHOT | CHAPTER 13 |
| DEBTOR(S). | TRUSTEE'S NOTICE OF MOTION AND MOTION TO DISMISS CHAPTER 13 CASE DUE TO MATERIAL DEFAULT OF THE PLAN PURSUANT TO §1307(c)(6); DECLARATION OF KATHY A. DOCKERY IN SUPPORT THEREOF |
| | DATE: June 8, 2017<br>TIME: 10:30 am<br>PLACE: ROYBAL BUILDING<br>255 EAST TEMPLE STREET<br>Courtroom 1575 15th Floor<br>LOS ANGELES, CA 90012 |

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S) AND ALL OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that the Chapter 13 Trustee, Kathy A. Dockery, hereby moves for an order dismissing this case pursuant to 11 U.S.C. §1307(c)(6) due to material default by the Debtor with respect to a term of the confirmed plan. <u>Specifically, the Debtor has failed to provide the Trustee with annual statement(s) of post-confirmation income and expenses of the Debtor with supporting proof of income from all sources.</u>

**Pursuant to Local Bankruptcy Rule 9013-1(f)(1), notice is further given that any person opposing this motion shall, not later than fourteen (14) days prior to the above-referenced hearing date, serve upon the Chapter 13 Trustee and file with the clerk's office, a written statement explaining all reasons in opposition thereto.**

This Motion is based on this Notice, the Declaration of Kathy A. Dockery and any further argument and evidence offered at the hearing.

DATED: 5/3/17

_____
KATHY A. DOCKERY,

## DECLARATION OF KATHY A. DOCKERY

I, Kathy A. Dockery, declare as follows:

1. I am the duly appointed, qualified and standing Chapter 13 Trustee in this case and by virtue thereof, I have personal knowledge of files and records kept by my office in the regular course of business. I have personally reviewed the files and records kept by my office in the within case. The following facts are true and correct and within my own personal knowledge and I could and would testify competently thereto if called to do so.

2. On 11/5/15, this Court confirmed the Debtor's chapter 13 plan which requires the <u>Debtor</u> to provide annual statements of income and expenditures with supporting proof of income from all sources at least 45 days prior to the anniversary date of the entry of the order confirming the plan, for each year during the pendency of the plan.

3. <u>The Debtor has failed to provide annual statements of income and expenditures with supporting proof of income from all sources at least 45 days prior to the anniversary date of the entry of the order confirming plan, each year during the pendency of the plan and is therefore in material breach of the order confirming the plan. The Debtor is requested to timely file a Declaration of Post- Petition Income and Expenses and provide supporting proof of income to the Trustee from all sources.</u>

I declare, under penalty of perjury, that the foregoing is true and correct.

DATED: 5/3/17

KATHY A. DOCKERY,
CHAPTER 13 TRUSTEE

| In re: **BRONSON ALCOTT PINCHOT** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: 2:15-bk-14422-SK |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
700 S. Flower Street, Suite 1950
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "DISMISS CASE BY TRUSTEE (MOTION)", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 5/3/17, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/3/17 | Celenia Ramos | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          **F 9013-3.1**

| In re: **BRONSON ALCOTT PINCHOT** | |
|---|---|
| | CHAPTER: 13 |
| | CASE NUMBER: **2:15-bk-14422-SK** |

## Service List

Bronson Alcott Pinchot
613 CHARTER OAK STREET
SOUTH PASADENA, CA 91030

JAMES T SHOEMAKER, ESQ.
HOURIGAN, KLUGER & QUINN, PC
600 THIRD AVE
KINGSTON, PA 18704

SIMON RESNIK HAYES LLP
510 WEST 6th STREET. SUITE 1220
LOS ANGELES, CA 90014

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

510 W. 6th St., Suite 1220, Los Angeles, CA 90014

A true and correct copy of the foregoing document entitled (*specify*): **OPPOSITION TO TRUSTEE'S MOTION TO DISMISS DUE TO MATERIAL DEFAULT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____5/25/2017____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

Kathy Dockery: efiling@CH13LA.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __5/25/2017__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5/25/2017 | Max Bonilla | /s/ Max Bonilla |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

June 2012                                                                                                   F 9013-3.1.PROOF.SERVICE

Additional Service List:

Bronson Pinchot
613 Charter Oak Street
South Pasadena, CA 91030

Hon. Judge Sandra Klein
255 E. Temple St., Ctrm. 1575
Los Angeles, CA 90012

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE