| Attorney Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address | FOR COURT USE ONLY |
|---|---|
| Matthew D. Resnik, Esq. - SBN 182562<br>SIMON RESNIK HAYES LLP<br>Attorneys at Law<br>510 W. Sixth Street, Suite 1220<br>Los Angeles, CA  90014<br>Tel: (213) 572-0800<br>Fax: (213) 572-0860<br>E-mail: matt@srhlawfirm.com | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br><br>BRONSON ALCOTT PINCHOT<br><br><br><br>Debtor(s). | CASE NUMBER: 2:15-bk-14422-SK<br>CHAPTER 13<br><br>**APPLICATION OF ATTORNEY FOR DEBTOR FOR ADDITIONAL FEES AND RELATED EXPENSES IN A PENDING CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT (RARA)**<br><br>[11 U.S.C. § 330(a)(4)(B); LBR 3015-1(v)(2)] |

TO DEBTOR, CHAPTER 13 TRUSTEE, AND PARTIES IN INTEREST:

1. **Rights and Responsibilities Agreement.** The undersigned Attorney and Debtor are parties to a Rights and Responsibilities Agreement (RARA) filed as docket number 2____.

2. **RARA Fee Agreement** Pursuant to the RARA, Debtor agreed to pay Attorney (i) a flat fee of $ 4,000.00___ for those services identified in boldface type in the RARA (Basic Services) and (ii) an hourly fee of $ 400.00___ per hour, or a reasonable flat fee, for services other than the Basic Services (Additional Services).

   *(If the RARA contains any other or different provisions regarding fees for Additional Services, Attorney must (i) check this box ☐ and (ii) attach an addendum providing the details.)*

3. **Request for Additional Fees.** Pursuant to 11 U.S.C. § 330(a)(4)(B) and LBR 3015-1(v)(2), Attorney requests allowance and payment of the following:

   | | |
   |---|---|
   | Fees for Additional Services | $ 856.00____ |
   | Expenses related to Additional Services | $ 17.90____ |
   | Total | $ 873.90____ |

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure.  "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

4. **Case Status.** This Chapter 13 case has not been dismissed or converted.

5. **Plan Status.**

    ☒ A Chapter 13 Plan was confirmed in this case by order entered as docket number _64_____.

    ☐ A Chapter 13 Plan has not yet been confirmed in this case; a hearing is set for (*date*) _____.

6. **Fee Award for Basic Services.**

    ☒ Attorney was awarded fees for Basic Services in the amount of $ _4,000.00_____ in the order confirming the plan and/or a separate order of the court.

7. **Prior Applications for Additional Fees.**

    ☒ Attorney has not previously applied for Additional Fees in this case.

    ☐ Attorney has previously applied for Additional Fees in this case. A total of $_____ has been awarded to Applicant for Additional Fees pursuant to prior requests.

    ☐ One or more applications for Additional Fees in this case are pending. See docket number(s).
    _____.
    A total of $_____ in Additional Fees has been requested pursuant to those pending applications.

8. **Disclosure of Amounts Previously Paid To Attorney.** Pursuant to LBR 3015-1(v)(2), Attorney discloses the following amounts paid to date (including prepetition payments) by Debtor or the Chapter 13 Trustee to Attorney and the source of those payments:

| Date Received | Amount Received | Source of Payment |
|---|---|---|
| 03/23/2015 | $ 1,190.00 | Debtor |
| 3/23/15-2/19/18 | $ 2,810.00 | Trustee disbursements |
| | | |
| | | |
| **TOTAL** | $ 4,000.00 | |

9. **Amount and Basis for Compensation Requested.**

    A.  ☐  <u>Presumptively Reasonable Fees (No Look Fees).</u>  Attorney requests an award of fees for Additional Services identified in the following table; these amounts are equal to or less than the maximum No Look Fee specified in Section 2.9(b) of the Court Manual for those services.

    (*If you are requesting fees for more than one instance of the same type of service, you must provide the pertinent details in the "Explanation" box or in an addendum.*)

| Fee Requested | Maximum No Look Fee | Legal Service | Docket No. |
|---|---|---|---|
| $ | $750.00 | Unopposed motion to extend/impose automatic stay | |
| $ | $350.00 | Unopposed application for order shortening time | |
| $ | $1,250.00 | Unopposed motion to avoid lien (11 U.S.C. § 506(a)) | |
| $ | $1,500.00 | Unopposed motion to avoid lien (11 U.S.C. § 506(a)), with stipulation and order | |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| $ | $750.00 | Unopposed motion to avoid lien (11 U.S.C. § 522(f)) | |
| $ | $950.00 | Unopposed motion to disallow claim | |
| $ | $350.00 | Opposition to Chapter 13 Trustee's motion to dismiss or convert case | |
| $ | $750.00 | Unopposed motion to modify plan | |
| $ | $750.00 | Unopposed motion to refinance/sell real property | |
| $ | $750.00 | Unopposed motion to incur debt | |
| $ | $300.00 | Application for order confirming that loan modification discussion does not violate the automatic stay | |
| $ | $2,000.00 | Complaint to avoid lien | |
| $ | | Total Requested | |

B.    ☒  <u>Hourly or Other Additional Fees.</u>  Attorney requests an award of fees for Additional Services on an hourly or other basis.

    a.    Dates during which the Additional Services were provided: from (*dates*) <u>05/04/2017</u>  to <u>02/19/2018</u>  .

    b.    Summary of hourly fees requested for the Additional Services.

| Name | Attorney or Paralegal? | Hourly Rate | Hours Billed | Total Requested |
|---|---|---|---|---|
| **See Exhibit "A"** | | $ | | $856.00 |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **TOTAL** | | | | $ 856.00 |

    c.    Description of the nature, necessity, and results of the Additional Services for which hourly fees are requested in this Section 10.B: (Check here ☐ if an addendum containing additional information is attached.)

        Trustee's Motion to Dismiss Due To Material Default and Hearing Appearances (See Exhibit "A")

    d.    A billing statement is attached as <u>Exhibit A</u>, identifying each service performed, the service provider, the date rendered, the time spent, and the amount billed (*required*).

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

e.  If fees for the Additional Services are requested other than on an hourly basis, the amount requested and the basis for that request are as follows:

10. **Expenses.**  Attorney requests an award of expenses incurred in connection with the Additional Services in the amounts summarized in the following table.

| Expense Category | Amount Requested |
|---|---|
| Administrative - Copies and Postage / See Exhibit "A" | $ 17.90 |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
| **TOTAL** | $ 17.90 |

Additional Explanation: (Check here ☐ if an addendum containing additional information is attached.)

(Note: If you are requesting the allowance of expenses related to No Look Fee services, you must explain above why the requested expenses are extraordinary.)

11. **Request for Payment.**

☒ Attorney requests that all fees and expenses allowed hereunder be awarded and paid by the Chapter 13 Trustee through the plan that has been or may be confirmed in this case.

☐ Attorney requests that the fees and expenses allowed hereunder be awarded and paid in the following manner (specifically describe the proposed source(s) of payment and the proposed timing of that payment):

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

                                                             **F 3015-1.12.APP.CH13.FEES**

Consent and Declaration of Debtor.

---

**CONSENT AND DECLARATION OF DEBTOR(S)**

The undersigned Debtor declares that s/he has reviewed the foregoing Application and consents to approval of payment of the fees and expenses requested by Attorney.

Executed this __28__ day of __Feb.__, 20__18__ at (city) __S. Pasadena__, (state) __CA__

Signature of Debtor 1: _____

Printed name of Debtor 1: __BRONSON   PINCHOT__

Signature of Debtor 2: _____

Printed name of Debtor 2: _____

---

**3. Certifications of Counsel.**

    **a.** **No Prior Request.** I certify that Attorney has not previously requested fees or expenses for any of the Additional Services that are the subject of this Application. If I cannot make this certification, I have checked this box ☐ and attached an addendum that discloses the details of that prior request.

    **b.** **No Debtor Consent and Declaration.** If Debtor has not executed the Consent and Declaration in Paragraph 13, the reason Debtor has not done so is as follows:

    **c.** **True and Correct.** I certify that the information contained in and attached to this Application is true and correct.

Date: __02/19/2018__

Respectfully submitted,

/ Matthew D. Resnik _____.
Signature of Attorney for Debtor

Matthew D. Resnik, Esq. _____.
Printed name of Attorney for Debtor

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

EXHIBIT "A"

**PROFESSIONAL FEE STATEMENT FOR MATTHEW RESNIK (MR)**
**RUSSELL STONG (RS)**
**S. RENEE SAWYER (SRS)**
**MAX BONILLA (MB)**

(BRONSON ALCOTT PINCHOT      CASE NUMBER 2:15-bk-14422-SK)

| Name | Type | Hourly Rate | Date | Hours | Total Amount | Description |
|------|------|-------------|------|-------|--------------|-------------|
| SRS | Atty | $350 | 5/4/17 | .5 | $175.00 | Reviewed and analyzed Trustee's Motion to Dismiss Due To Material Default of the Plan. Reviewed Trustee's website and debtor's file to determine case and tax status. |
| MB | PI | $120 | 5/4/17 | .4 | $48.00 | Prepared and finalized letter and e-mail correspondence to debtor re: same. |
| SRS | Atty | $350 | 5/25/17 | .6 | $210.00 | Prepared and finalized Opposition to Trustee's Motion to Dismiss.  Hearing scheduled for June 8, 2017. |
| MB | PI | $120 | 5/26/17 | .3 | $36.00 | Prepared and finalized letter and e-mail correspondence to debtor re: opposition filed and time frames thereon. |
| SRS | Atty | $350 | 6/7/17 | .2 | $70.00 | Prepared debtor's file for hearing. |
| RS | Atty | $350 | 6/8/17 | .1 | $35.00 | Appeared at debtor's TMD hearing, wherein hearing continued to August 31, 2017. |
| MB | PI | $120 | 6/13/17 | .1 | $12.00 | Prepared and finalized e-mail correspondence to debtor re: TMD hearing results, wherein advised of continued hearing date. |
| SRS | Atty | $350 | 8/30/17 | .2 | $70.00 | Prepared debtor's file for hearing. |
| RS | Atty | $350 | 8/31/17 | .1 | $35.00 | Appeared at debtor's TMD hearing, wherein hearing continued to October 26, 2017. |
| SRS | Atty | $350 | 10/25/17 | .2 | $70.00 | Prepared debtor's file for hearing. |
| RS | Atty | $350 | 10/26/17 | .1 | $35.00 | Appeared at debtor's TMD hearing, wherein hearing continued to January 25, 2018. |
| MB | PI | $120 | 11/2/17 | .4 | $48.00 | Received, reviewed and annotated requisite tax returns provided by debtor and forwarded to Chapter 13 Trustee accordingly. |
| MB | PI | $120 | 1/24/18 | .1 | $12.00 | Received and reviewed voluntary dismissal of Trustee's Motion to Dismiss.  Telephone call to debtor re: same. |

**Billable Hours:**        2.0 x $350 / hour        $    700.00
                           1.3 x $120 / hour        $    156.00

                                                    $    856.00      **Professional**
                                                                     **Services**
**Costs:**
2/16/18  -  PACER Fees                              3 pages x $0.10           $     0.30
2/19/18  -  Overnight FedEx Judge's Copy of Supp Fees   1 x $9.17            $     9.17
2/19/18  -  Copies of Application for Supp. Fees    11 pages x 3 sets x $0.20  $     6.60
2/19/18  -  Postage for Supp. Fees                  3 x $0.61                 $     1.83

                                                    $     17.90      **Total Costs**

                                                    $    873.90      **Balance Due**

## DECLARATION REGARDING APPLICATION FOR SUPPLEMENTAL FEES

I, Matthew D. Resnik, declare as follows:

I am the Applicant herein.  I have personal knowledge of the facts set forth below and if called as a witness to testify, I would and could testify competently thereto.

1.      I have reviewed the detailed listings of all the time spent in representing the Debtor(s), including the date that each service was rendered, a description of the service, the amount of time spent, and the particular person who rendered the service as set forth above.

2.      My resume listing my professional education and experience is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: February 19, 2018                    /s/ Matthew D. Resnik_____
                                            Matthew D. Resnik, Esq.

# SIMON RESNIK HAYES LLP

**MATTHEW D. RESNIK / MANAGING PARTNER: $400/Hour**

Matthew Resnik is regarded as one of the foremost experts in Consumer Bankruptcy Law in Southern California with 15 years experience representing both individuals and lenders. Mr. Resnik has filed more than 1,500 Chapter 13 petitions since January 2006, averaging 40 cases per month and has represented over 5000 Chapter 13 clients in his career. Eighty (80%) of Mr. Resnik's clients are referred from current and former clients, accountants, real estate professionals and lawyers.

Mr. Resnik is a keynote speaker to real estate professionals regarding the interplay between bankruptcies, short sales, loan modifications, real estate sales and refinances. He has offered seminars and symposiums on the relationship of foreclosures, debt forgiveness and bankruptcy law. Mr. Resnik established and administers over the firm's highly respected loan modification department, resulting in the invitation to be a panelist on many well respected legal and professional discussions on the foreclosure and mortgage restructuring events that affect homeowners.

Mr. Resnik received his Juris Doctorate from the University of West Los Angeles School of Law and is a Managing Partner of SIMON RESNIK HAYES LLP.

| In re: | | CHAPTER: 13 |
| --- | --- | --- |
| BRONSON ALCOTT PINCHOT | | |
| | Debtor(s). | CASE NUMBER: 2:15-bk-14422-SK |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**15233 Ventura Boulevard, Suite 250, Sherman Oaks, CA  91403**

A true and correct copy of the foregoing document entitled: **APPLICATION OF ATTORNEY FOR DEBTOR FOR ADDITIONAL FEES AND RELATED EXPENSES IN A PENDING CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT (RARA)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On _03 01 18_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Kathy A. Dockery, Chapter 13 Trustee:        efiling@CH13LA.com
United States Trustee:                                 ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On _03 01 18_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _03 01 18_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Sandra R. Klein
255 E. Temple Street, Suite 1582 / Courtroom 1575
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| _03 01 18_ | Rebeca Benitez | /s/ Rebeca Benitez |
| --- | --- | --- |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re:                          |            | CHAPTER: 13                        |
|---------------------------------|------------|------------------------------------|
| BRONSON ALCOTT PINCHOT          |            |                                    |
|                                 | Debtor(s). | CASE NUMBER: 2:15-bk-14422-SK      |

### CONTINUED SERVICE LIST

Chapter 13 Trustee
Kathy A. Dockery
801 Figueroa Street
Suite 1850
Los Angeles, CA 90017

Bronson Alcott Pinchot
613 Charter Oak Street
South Pasadena, CA 91030

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**